IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| ZACHRY HOLDINGS, INC., *et al.*[1] | ) ) Case No. 24-90377 (MI) |
| Debtors. | ) ) (Jointly Administered) ) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL
HEARING ON MAY 21, 2024 AT 4:15 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this Agenda of Matters Set for Virtual Hearing on **May 21, 2024 at 4:15 p.m.** (prevailing Central Time) before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas:

A. **Evidentiary Support for First Day Motions**

   1. **First Day Declaration.** Declaration of Mohsin Y. Meghji in Support of the Debtors' Petitions and Requests for First Day Relief [Docket No. 7].

B. **First Day Motions**

   1. **Cash Collateral Motion**. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 24].

      **Status**: Going Forward.

   2. **Cash Management Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Operating Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, (C) Maintain Existing Business Forms and Books and Records, and (D) Continue Utilizing Corporate Credit Cards Programs, and (II) Granting Related Relief [Docket No. 13].

---

[1] The last four digits of Zachry Holdings, Inc.'s tax identification number are 6814. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/zhi. The location of the Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

**Status**: Going Forward.

3. **Wages Motion**. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits and (II) Granting Related Relief [Docket No. 12].

   **Status**: Going Forward.

4. **Critical Vendors Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Foreign Claimants, and (D) 503(B)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders and Authorizing the Debtors to Satisfy Such Obligations, and (III) Granting Related Relief [Docket No. 8].

   **Status**: Going Forward.

5. **Insurance & Sureties Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Program and Surety Bonds Program and (B) Pay All Obligations with Respect Thereto, (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims, and (III) Granting Related Relief [Docket No. 5].

   **Status**: Going Forward.

6. **Utilities Motion.** Debtors' Emergency Motion for Entry of an Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utilities from Discontinuing Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 10].

   **Status**: Going Forward.

7. **Taxes Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 6].

   **Status**: Going Forward.

8. **SOFAs and Schedules Extension Motion.** Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 4].

   **Status**: Going Forward.

9. **Creditor Matrix Motion.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of the Notice of Commencement, and (III) Granting Related Relief [Docket No. 8].

**Status**: Going Forward.

10. **Joint Administration Motion.** Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 345(c)(1) and Bankruptcy Rules 1005 and 2002(n) [Docket No. 2].

    **Status**: Order entered at Docket No. 21.

11. **Kurtzman Carson Consultants LLC Retention Application.** Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Claims, Noticing, and Solicitation Agent [Docket No. 9].

    **Status**: Order entered at Docket No. 22.

12. **Complex Case Designation**. Notice of Designation of Complex Chapter 11 Bankruptcy Case [Docket No. 3]

    **Status**: Order entered at Docket No. 23.

Dated: May 21, 2024
Houston, Texas

/s/ *Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Bojan Guzina (*pro hac vice* pending)
Andrew F. O'Neill (*pro hac vice* pending)
RJ Szuba (*pro hac vice* pending)
Barrett Lingle (*pro hac vice* pending)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email:  bojan.guzina@whitecase.com
             aoneill@whitecase.com
             rj.szuba@whitecase.com
             barrett.lingle@whitecase.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

**Certificate of Service**

      I certify that on May 21, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   /s/ *Charles R. Koster*
                                                   Charles R. Koster