IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ZACHRY HOLDINGS, INC. *et al.* | Case No. 24-90377 (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**
[Relates to Dkt. No. 444]

**PLEASE TAKE NOTICE** that the following emergency motion is set for a hybrid hearing on **Monday, July 15, 2024, at 1:30 p.m. CST** before the Honorable Marvin Isgur, United States Bankruptcy Judge on the following motion. The hearing will take place in Judge Isgur's courtroom, 515 Rusk Street, Courtroom 404, Houston, Texas 77002 and by telephone and video conference, with the instructions below.

- *ExxonMobil Corporation's Emergency Motion for Protective Order and to Quash the Debtors' Subpoenas to Testify* [Dkt. No. 444].

*Audio Communication*

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Isgur's conference room number is 954554. Parties are encouraged to review the Court's procedures for telephonic appearances located at:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

15464054

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Isgur's home page. The meeting code is "JudgeIsgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: July 11, 2024.

**PORTER HEDGES LLP**

*/s/ Aaron J. Power*
Aaron J. Power, State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6295 (fax)
apower@porterhedges.com

and

*/s/ Jeffrey M. Tillotson*
Tillotson Johnson & Patton
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

***Counsel for Exxon Mobil Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on this the 11th day of July, 2024.

                                        */s/ Aaron J. Power*
                                        Aaron J. Power

15464054