**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ZACHRY HOLDINGS, INC., *et al.*[1] | ) Case No. 24-90377 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**ZACHRY HOLDINGS, INC. CASE NO. 24-90377 (MI)**

---

[1] The last four digits of Zachry Holdings, Inc.'s tax identification number are 6814. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://veritaglobal.net/zhi. The location of the Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZACHRY HOLDINGS, INC., *et al.*[1] | ) | Case No. 24-90377 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

Zachry Holdings, Inc. ("**Zachry**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**") with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. The Schedules and Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

---

[1]   The last four digits of Zachry Holdings, Inc.'s tax identification number are 6814. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://veritaglobal.net/zhi. The location of the Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Notwithstanding any subsequent information or discovery, the Debtors and their agents, attorneys, and financial advisors do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re- categorized.  In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or unforeseeable and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Mohsin Y. Meghji, in his capacity as the Chief Restructuring Officer of the Debtors, is an authorized signatory for each of the Debtors and has signed each of the Schedules and Statements.  In reviewing and signing the Schedules and Statements, Mr. Meghji necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and the Debtors' proposed advisors.  Mr. Meghji has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Disclosure of information in one or more Schedules, Statements, or exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules or Statements differ from any of the Global Notes, the Global Notes shall control.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to:  (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim (each, a "**Claim**")[2] is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an

---

[2] For the purposes of these Global Notes, the term "Claim" shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

2. **Description of Cases and "As Of" Information Date**. On May 21, 2024 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 4, 2024, the United States Trustee for the Southern District of Texas appointed an official committee of unsecured creditors. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

On the Petition Date, the Court entered the *Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 345(c)(1) and Bankruptcy Rules 1005 and 2002(n)* [Docket No. 21] (the "**Joint Administration Order**"). The Joint Administration Order authorized the joint administration of the Debtors chapter 11 cases under lead case number 24-90377 for procedural purposes only. Accordingly, each Debtor has filed its own Schedules and Statements.

The asset and liability information provided herein represents asset and liability data of the Debtors as of April 30, 2024, except as otherwise noted. As noted below, the amounts of the Debtors' funded debt obligations and certain amounts related to the Debtors' requests for "first day" relief are represented as of the Petition Date.

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as April 30, 2024. The book values of certain assets may materially differ from their fair market values or other measures of value. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or the amount a third party might be willing to pay in connection with any asset disposition.

For financial reporting purposes, Zachry prepares consolidated financial statements. Unlike Zachry's consolidated financial statements, these Schedules and Statements, except as indicated herein, reflect the assets and liabilities of each Debtor and do not include the assets and liabilities of certain of Zachry's non-Debtor affiliates, as well as do not include certain eliminations and re-classifications. Accordingly, combining the assets and Claims set forth in the Schedules and Statements of the Debtors would result in amounts that would be substantially different from financial information for Zachry and its respective consolidated subsidiaries.

Book values of assets generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets. Additionally, because the book values of assets may materially differ from their fair market values, a number of assets have undetermined values as of May 21, 2024, and are listed accordingly. Furthermore, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value and are therefore not included in the Schedules and Statements, or are included with an "undetermined" or "not applicable" value.

4.   **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and the reported amounts of revenues and expenses.  Actual results could differ materially from these estimates.  Further, certain immaterial assets and liabilities may have been excluded from the Schedules and Statements.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

5.   **Recharacterization**.  The Debtors have made reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  However, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate.

6.   **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect a complete analysis of Claims rights to be treated as an administrative claim under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted administrative Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7.   **Excluded Assets and Liabilities**.  The Debtors have excluded book values for certain categories of assets and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, tax accruals, and assets with a net book value of zero. For confidentiality reasons, the Debtors have not listed individual customer accounts receivable information or individual retention agreements for

4

participants in the Debtors' prepetition employee retention programs. However, any payments made to "insiders," as such term is defined in section 101(31) of the Bankruptcy Code, on account of prepetition retention programs are listed in the Schedules and Statements subject to the reservations regarding insider designations below. In addition, certain immaterial assets and liabilities may have been excluded.

8.    **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" as such term is defined in section 101(31) of the Bankruptcy Code. However, parties referenced as "insiders" have been included for informational purposes only and the designation of a party as an "insider" in the Schedules and Statements shall not constitute an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code or that such parties were insiders at the time the applicable payment or transfer listed on the Schedules and Statements was made or incurred. The Debtors have attempted to identify parties who could properly be considered "insiders" at any point during the applicable periods identified in the Schedules and Statements. The Debtors were inclusive in their interpretation of what may constitute an "insider." However, the Debtors do not take any position with respect to: (a) any referenced insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any referenced insider; (c) the decision making or corporate authority of any referenced insider; or (d) whether the Debtors or any referenced insider could successfully argue that such party is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

9.    **Intellectual Property Rights**. Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.   **Umbrella/Master Agreements**. Certain contracts and/or leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors across multiple of the Debtors' projects. Where relevant, such agreements have been listed in the Schedules and Statements of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate. None of these umbrella or master agreements listed in the Schedules and Statements reflect any decision by the Debtors as to whether or not such agreements are executory in nature. The Debtors expressly reserve their rights to challenge whether any such umbrella or master agreement and respective sub-agreements under such umbrella or master agreements (i.e., purchase orders) constitute an executory contract, a single or integrated contract or agreement, multiple contracts or agreements, or severable or separate contracts or agreements.

11.   **Executory Contracts**. Although efforts have been made to accurately reflect each Debtor's executory contracts in the Schedules and Statements, inadvertent errors or omission may have occurred. Certain information, such as the contact information of the

counterparty, may not be included where such information could not be obtained using reasonable efforts. Listing a contract or agreement in the Schedules and Statements does not constitute an admission that such contract or agreement (a) is an executory contract, (b) was in effect on the Petition Date, (c) is valid or enforceable, or (d) is a single integrated agreement or made up of multiple several agreements. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.

Although the Debtors made diligent attempts to attribute each executory contract to the correct Debtor, the Debtors may have inadvertently failed to do so. Certain confidentiality and non-compete agreements may not be listed on Schedule G. The contracts and agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments and other documents that may not be listed despite the Debtors' use of reasonable efforts to identify such documents. Certain of the contracts and agreements listed on Schedule G may also consist of several parts, including purchase orders, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. Unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, purchase orders, statements of work, requests for service, or other agreements made directly or indirectly. Certain purchase orders issued without a governing Master Service Agreement, Purchase Order Terms and Conditions document, or any similar agreement or document otherwise, may be inadvertently omitted on Schedule G despite the Debtors' use of reasonable efforts to identify such contracts. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single or integrated contract or agreement, multiple contracts or agreements, or severable or separate contracts or agreements.

The Debtors expressly reserve their rights, Claims, and causes of actions with respect to the executory contracts, including the right to dispute or challenge the characterization of any agreement on Schedule G as executory.

12.   **<u>Guarantees and Other Secondary Liability Claims</u>**. The Debtors have made reasonable efforts to locate and identify guarantees and other secondary liability Claims (collectively, the "**Guarantees**") in the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party. Where Guarantees have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guarantees. The Debtors have placed the Guarantees on Schedule H for both the primary obligor and the guarantor of the relevant obligation. It is possible that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Additionally, failure to list any Guarantees in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guarantees not listed.

13. **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

14. **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such claim is entitled to priority treatment, including under sections 503 and/or 507 of the Bankruptcy Code or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff such Claims.  For the avoidance of doubt, the Debtors reserve all rights to dispute the amount and/or the priority status of any claim on any basis at any time.

15. **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or Classification.

16. **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- •     <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- •     <u>Paid Claims</u>.  The Debtors were authorized to pay certain outstanding prepetition Claims pursuant to various orders entered by the Court.  To the extent the Debtors pay or have paid any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities, including seeking satisfaction of such claims without further amendment to the Schedules and Statements.

- •     <u>Liens</u>.  Property and equipment listed in the Schedules and Statements is presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

19. **Intercompany Payables and Receivables**.  The Debtors engage in certain intercompany transactions with other Debtor and non-Debtor affiliates.  Intercompany receivable account balances are shown in Schedule A/B and intercompany liabilities are shown in Schedule E/F.  Intercompany claims are generally reflected as receivables and payables in each Debtor's general ledger.  Intercompany transactions are generally not settled by actual transfers of cash, but instead are reconciled and cleared monthly on a consolidated basis on the applicable Debtor's balance sheet.

20. **Inventories, Property, and Equipment**.  Inventories consist of tools, materials and supplies.  These inventories are listed at net book value.  Inventories, property, and equipment are recorded at cost or at fair value at the date of acquisition in the case of certain previously acquired businesses.  All inventories, property, and equipment are presented without consideration of any statutory or consensual liens.

21. **Other Leases**.  The Debtors lease offices, equipment and facilities under certain lease agreements.  These equipment and facilities leases are reported on Schedule G of each applicable Debtor.

22. **Effect of "First Day" Orders**.  The Court has authorized the Debtors to pay various outstanding prepetition Claims including certain payments to employees, critical vendors, and taxing authorities.  Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts are intended to reflect amounts owed as of the Petition Date, adjusted for any postpetition payments made on account of such Claims pursuant to the authority granted to the Debtors by the Court as of May 21, 2024.  To the extent any further adjustments are necessary to account for any additional Court-authorized postpetition payments, such adjustments have not been

included in the Schedules and Statements unless otherwise noted on the applicable Schedule or Statement. Estimates of Claims set forth in the Schedules and Statements may not reflect assertions by the Debtors' creditors of a right to have such Claims paid or reclassified under the Bankruptcy Code or orders of the Court.

23.    **Setoffs**.  The Debtors periodically setoff certain obligations in the ordinary course of business.  Such ordinary course setoffs can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

24.    **Confidentiality**.  There are instances within the Schedules and Statements where names, addresses, or amounts have been left blank.  Due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**Schedules Summary**.  The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the Debtors' financial statements.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.   Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor's Schedules or Statements show more assets than liabilities, it shall not constitute an admission that such applicable Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor's Schedules and Statements show more liabilities than assets, it shall not constitute an admission that such applicable Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Claims of Third-Party Related Entities**.  Although the Debtors have made every effort to properly classify each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates.  Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

**Schedule A/B, Parts 1– Cash and Cash Equivalents**. The amounts represented in Schedule A/B, Part 1, Question 1 are as of the Petition Date.

Amount presented in Schedule A/B Part 1 exclude certain accounts related to the Debtors' joint ventures ("**JV Accounts**"). The Debtors have an interest in the JV Accounts but do not maintain unilateral control over the funds deposited in them.

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

**Schedule A/B, Part 2 – Deposits and Prepayments**. The Bankruptcy Court, pursuant to the *Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utilities from Discontinuing Service, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [Docket No. 80], authorized the Debtors to provide adequate assurance of payment for future utility services. In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.

Certain reported prepaid or amortized assets are listed in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect assets the Debtors will be able to monetize. The amounts listed in Part 2 include, among other things, leases, temporary worker expenses, and other prepaid expenses.

In the ordinary course of the Debtors' business, the Company prepays various items including insurance, software licenses, prepaid cards, etc. The various prepayments have been listed by the party holding the prepaid deposit or have been grouped to represent similar prepaid amounts. The prepaid balance generally represents the unamortized or remaining balance related to a contract or asset.

**Schedule A/B, Part 3 – Accounts Receivable**. Amounts listed are as of the Petition Date for the corresponding Debtor. The Debtors' accounts receivable balance includes trade receivables, related party receivables, accrued receivables, retainage and other miscellaneous receivables all generated in the ordinary course of the Debtors' business.

**Schedule A/B, Part 4 – Investments**.
The Debtors offer a supplemental non-qualified deferred compensation plan providing tax deferred income for certain employees (the "**Deferred Compensation Plan**"). For purposes of the Schedules, the Debtors have listed the value of investments historically related to funding of the Deferred Compensation Plan.

In the ordinary course of business, the Debtors maintain a defined contribution plan for the benefit of all eligible employees meeting the requirements of sections 401(a) and 401(k) of the Internal Revenue Code (the "**401(k) Plan**"). The Debtors remit certain withholdings from employees' wages to the 401(k) Plan's trustee and the contributions may be placed in a mix of investments,

including mutual funds.  Because the Debtors have no ownership interest in the funds held in the 401(k) Plan these funds are not included in response to Part 4, question 14.

Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4 with undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

For purposes of the Schedules, the Debtors have listed the value of such ownership interests as undetermined because the fair market value of such stock or interests is dependent on numerous variables and factors and may differ significantly from the net book value.

**Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets**.  The Debtors' inventories consist of materials and supplies.  These inventories are listed at net book value. On a monthly basis the Debtors perform informal inventories through intercompany billings and performs a physical inventory count. Each location having possession of the Debtors assets is provided a monthly invoice for the assets assigned to that location.

The Debtors are in possession of properties from certain vendors that may constitute consigned inventory.  Such properties are not listed in Part 5, Question 21.  For the avoidance of doubt, nothing in Part 5, Question 21 or in these Global Notes or the Statements shall constitute an admission or waiver with respect to the inventory's status as consigned inventory or the legitimacy of any alleged lien rights asserted by any vendors with respect to the same.

In the ordinary course of business, the Debtors classify certain tools owned by third parties as inventory.  The Debtors do not own such tools however, the Debtors have included these tools in its answer to Part 5, question 22.

In the ordinary course of business, the Debtors maintain records of all inventories purchased as of the date received ("**Receipt Date**").  For certain inventory, the Receipt Date reflects the date that the Debtors internally processed the delivery of the inventory, which may vary from the date the inventory is received.  The Debtors have included all inventory responsive to Part 5, Question 25 using the Receipt Date as reflected in the Debtors' systems.  To determine the actual date received for all the inventory would be unduly burdensome and cost prohibitive.

**Schedule A/B, Part 6 – Farming and Fishing-Related Assets**. While the Debtors' primary operations relate to the turnkey engineering, construction, maintenance, turnaround, and fabrication services, the Debtors maintain an interest in and own certain ancillary assets on a hunting property.  For purposes of this schedule, the Debtors have presented all assets held at the Ojo de Agua hunting lease.

**Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

Collectibles are grouped into a single line-item containing the various sculptures and artwork owned by the Debtors.

11

**Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**.  For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.

The Debtors own and lease various types of machinery, equipment, and vehicles that have been labeled as such.  Both owned machinery, equipment, and vehicles as well as leased machinery, equipment, and vehicles accounted for as operating leases are included in the Schedules. Each owned or leased item is listed individually with identifying information, including internally generated asset identification number, description, and year (where applicable).  Other machinery and equipment and tools/supplies have been grouped as "Other Machinery, Fixtures, and Equipment" and mats are grouped as a separate item as designated in the Debtors' accounting system.

The Debtors lease equipment and facilities under various operating and capital lease agreements, the latter of which the Debtors have very few. These equipment leases are reported on Schedule A/B and Schedule G of each applicable Debtor.

**Schedule A/B, Part 9 – Real Property**.  Real property (either leased or leasehold interests) is recorded at cost and depreciated (as appropriate) on a straight-line basis over the estimated useful lives of the assets.

For any Debtors that own real property or buildings and leasehold improvements, they are reported, except where otherwise noted, at net book value.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize and/or recharacterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.  Buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.

In addition, certain of the instruments reflected on Schedule A/B, Part 9 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B, Part 9.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B, Part 9 is an executory contract within the meaning of section 365 of the Bankruptcy Code.

**Schedule A/B, Part 10 – Intangibles and Intellectual Property**.  The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.   The Debtors report intellectual property assets as undetermined value whenever applicable. For purposes of the Schedules, the Debtors have listed intangible assets and intellectual property only at entities for which these assets are recorded on their books. The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets

Customer relationships include customer lists, mailing lists, and other compilations. Trade names include patents, copyrights, trademarks, and trade secrets. The Debtors do not have a recent available valuation of such intangibles and intellectual property and accordingly have listed the value of these items as undetermined or at their net book value in the Schedules.

**Schedule A/B, Part 11 – All Other Assets**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, Claims as a plaintiff or counter-claims and/or cross-claims as defendant.

**Schedule D – Creditors Who Have Claims Secured by Property**. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Mohsin Y. Meghji In Support of Debtors' Petition and Requests for First Day Relief* [Docket No. 7] (the "**First Day Declaration**"). Certain of the Debtors are guarantors to the secured loans and letters of credit.

The Debtors have made every effort to identify the liens filed against the Debtors' assets, and/or related to any of its projects. However, given the turnover, the size of the business, and the tremendous use of subcontractors, some liens may have been inadvertently omitted. Further, the Debtors are reviewing whether such purported liens have been properly perfected and the Debtors' reserve any and all rights to dispute the validity, perfection, and amount of such liens included in Schedule D.

Except as otherwise agreed pursuant to a stipulation, agreed order, or other order entered by the Court, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. In certain circumstances, a Debtor may be a co-obligor or guarantor with respect to the scheduled Claims of other Debtors, and no Claim set forth on Schedule D of any Debtor is intended to acknowledge Claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, Claims and Causes of Action with respect to Claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's Claim.

Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

The Debtors have not included parties that may assert such Claims are secured through setoff rights or inchoate statutory lien rights on Schedule D.

**Schedule E/F, Part 1 – Creditors with Priority Unsecured Claims**.

Except as discussed herein, the Debtors have not listed on Schedule E/F any wage or wage-related obligations which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) to Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 56] ("**Wage Order**").

Certain employees of the Debtors are guaranteed payment for accrued and unused paid time off ("**PTO**") if they are terminated or resign from the Debtors. Other employees are not paid for accrued and unused PTO upon termination or resignation from the Debtors. Under the Wage Order, the Debtors are authorized to pay outstanding PTO upon termination of an employee to the extent required by applicable non-bankruptcy law. The Debtors estimate that the value of the total claims associated with accrued PTO pursuant is approximately $10 million as of the Petition Date, which is subject to change. Out of abundance of caution, without limiting in anyway their rights under the Wage Order, the Debtors have listed in Schedule F the prepetition accrued PTO in excess of the statutory cap set forth in section 507(a)(4) of the Bankruptcy Code.

Pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 48] (the "**Taxes Order**"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition. Accordingly, any priority unsecured Claim based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed on Schedule E/F. Certain of the tax Claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax Claims listed on Schedule E/F. Therefore, the Debtors have listed certain of these Claims as undetermined in amount, pending final resolution of on-going audits or outstanding issues. In addition, there may be other numerous contingent, unliquidated Claims from state taxing authorities, not all of which are listed.

The beneficiaries of the Debtors' Deferred Compensation Plan have been included in response to Schedule E/F Part 1. The Debtors have redacted the personal information of such individuals due to concerns for the confidentiality and privacy of the individuals.

The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

**Schedule E/F, Part 2 – Creditors with Non-Priority Unsecured Claims**. The Debtors have made reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, Part 2 based upon the Debtors' existing books and records. The Claims of individual creditors for other things, products, goods, or services are listed as either the lower of the amounts invoiced

by the creditor or the amounts entered on the Debtors' books and records, and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights with respect to any such credits and allowances including the right to assert Claims, objections and/or setoffs. The Claims listed on Schedule E/F, Part 2, arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. While reasonable efforts have been made, determining the date upon which each Claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for every Claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is subject of the litigation is uncertain or undetermined. Where the named defendant is "Zachry Holdings, Inc." plus "et al.," the Debtors have listed such Claim on Schedule E/F of Zachry. However, to the extent that litigation involving a particular Debtor has been identified, information regarding that litigation is contained in Schedule E/F for that Debtor. The amounts for these potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

**Schedule G – Executory Contracts and Unexpired Leases**. The businesses of the Debtors are complex. Although the Debtors' existing books, records, financial systems, and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease. Certain of the executory contracts may not have been memorialized and could be subject to dispute. Each unexpired lease listed in

15

Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases.

While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, some relationships between the Debtors and certain counterparties are governed by a master services agreement, under which such counterparties also place work and purchase orders, which may be considered executory contracts. Disclosure of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder have been omitted.

**Schedule H – Co-Debtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and Claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross Claims and counter-claims against other parties. Due to the volume of such Claims, and because all such Claims are contingent, unliquidated, and disputed, and listed elsewhere in the Schedules and Statements, such Claims have not been set forth individually on Schedule H.

Schedule H reflects Guarantees, if any, by various Debtors of obligations of related affiliates, or co-borrowings by various Debtors. The Debtors have made every effort to, but inadvertently may not have identified certain Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Certain of the Guarantees reflected on Schedule H, if any, may have expired or no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or are unenforceable, or to contest the validity or enforceability of the Guarantees in another filing.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

**Statements, Part 1, Question 1 – Gross Revenue From Business**. The amount shown for year-to-date 2024 includes revenue from business for the period of January 1, 2024 to May 20, 2024.

**Statements, Part 1, Question 2 – Non-Business Revenue**. The amount shown for year-to-date 2024 includes non-business revenue for the period of January 1, 2024 to May 20, 2024, which

consists primarily of interest revenue from now-closed bank accounts. YTD Revenue is derived from the Debtors' unaudited Statements of Operations as of May 31, 2024 and are pro-rated to reflect the period of May 1, 2024 through May 20, 2024.

**Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors Within 90 Days**.  The Debtors have made reasonable efforts to identify all disbursements made in the 90 days prepetition. Due to the complex nature of the Debtors' cash management system and system reporting limitation, the listed 90-day payments may not constitute an exhaustive list.

Payments to the Debtors' bankruptcy professionals for work related to the bankruptcy, debt consolidation or restructuring, payments to potential insiders, and payments on account of intercompany transactions are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Statement 11), potential insiders (Statement 4), and intercompany transactions (Statement 4). The listing of any individual or entity as an insider does not constitute an admission or determination that any such individual is or is not an insider.

The dates set forth in the "Dates" column relate to one of the following: (a) the date  of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date.  Disbursements made on account of multiple invoices may be reflected as a single payment.

**Statements, Part 2, Question 4 – Payments to Insiders**.

The Debtors' listing of individuals as "insiders" is subject to the methodology and reservations of rights described in paragraph 8 hereof.  In the interest of disclosure, the Debtors have listed all payments during the applicable period to parties that may have qualified as an insider at any point during such period.  Disclosed payments include payments to parties that may not have been an "insider" at the time of the payment because such party was subsequently terminated or otherwise ceased to be an insider, and, accordingly may not be considered an "insider" at the time certain of the listed payments were made.

**Statements, Part 2, Question 5 – Repossessions, Foreclosures and Returns**.  The Debtors routinely return damaged, unsatisfactory or out-of-specification raw materials and other goods to vendors in the ordinary course of business.  These ordinary course returns have not been listed in Statements Part 2, Question 5.

**Statements, Part 2, Question 6 – Setoffs**.  For a discussion of setoffs incurred by the Debtors, refer to paragraph 23 of these Global Notes.

**Statements, Part 3, Question 7 – Legal Actions or Assignments**.  The Debtors are party to certain pending litigation matters that the Debtors believed may have potential recoveries.  The actual value of such litigation matters is contingent on their outcome.   The Debtors routinely participate in administrative actions and appeals with state agencies in the ordinary course of their business and have identified those administrative actions that were pending within one year of the Petition Date.

**Statements, Part 4, Question 9 – Certain Gifts and Charitable Contributions**.  The Debtors at their discretion may periodically match employees' donations to various charities.  From January 1, 2024 to the Petition Date, the Debtors have not made any such matching donations.

**Statements, Part 5, Question 10 – All Losses from Fire, Theft, or Other Casualty Within 1 Year Before Filing This Case.** The Debtors have experienced losses of small hand tools and similar items due to, amongst other things, theft over the past year. However, these losses have not been reported or pursued through insurance claims, as they did not exceed the deductible amount of $5,000 for hand tools.

**Statements, Part 11, Question 21 – Property Held for Another**.   The Debtors are in possession of inventory from certain vendors that may constitute consigned inventory.  For the avoidance of doubt, nothing in Part 5, Question 21 or in these Global Notes or the Statements shall constitute an admission or waiver with respect to the inventory's status as consigned inventory or the legitimacy of any alleged lien rights asserted by any vendors with respect to the same.

The Debtors withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable governmental authority.  Given that the Debtors do not retain control of such funds and such funds are not considered property of the Debtors' estate, amounts of such funds have not been listed under Part 11 of the Statements.

The Debtors have on-site vending machines containing tools and parts owned by third-parties that workers can purchase during work. These items have not been included in the Statements.

The entries shown for JVIC Fabrication represent items that have been bought and supplied by customers and sent to the JVIC Fabrication facility for use in fabrication services for those customers.

**Statements, Part 12, Questions 22-24 – Details about Environmental Information**. Certain Debtors have, in the last ten years, reported releases of material to the relevant government agencies.  The Debtors do not believe the releases are significant or include hazardous material, as applicable.  The inclusion of the releases in response to Part 12, Question 24 does not constitute an admission of liability by the Debtor or that the material released constitutes hazardous material under applicable environmental law.

**Statements, Part 13, Question 25 – Other Businesses in Which the Debtor Has or Has Had an Interest.** The Debtors underwent a corporate reorganization in 2021. The interests shown in response to Question 25 reflect the current organizational structure post-reorganization.

**Statements, Part 13, Question 26 – Books, Records and Financial Statements**.  In the ordinary course, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors with certain financial reporting, the Debtors do not maintain complete records of all parties that requested or obtained copies of any of financial reporting or complete lists to track such disclosures.  As such, the Debtors are unable to and have not listed all these parties in response to Part 13, Question 26 of the Statements.

18

**Statements, Part 13, Question 27 –Any Inventories of the Debtor's Property Been Taken Within 2 Years Before Filing This Case.** In addition to annual or ordinary course inventories included in question 27, on a monthly basis, the Debtors perform informal inventories through intercompany billings and performs a physical inventory count. Each location having possession of the Debtors assets is provided a monthly invoice for the assets assigned to that location.

**Statements, Part 13, Question 28 and 29 – Debtors' Officers and Directors**. While the Debtors have made reasonable efforts to list all current and former officers, directors and beneficial owners, and their interest in the applicable Debtor, for each Debtor in response to questions 28 and 29, some may have inadvertently been omitted.

**Statements, Part 13, Question 30 – Payments, Distributions or Withdrawals to Insiders**. The response to Part 13, Question 30 of the Statements incorporates by reference items listed in the responses to Part 2, Question 4 of the Statements.

**Fill in this information to identify the case:**

Debtor Name: In re : Zachry Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-90377 (MI)

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ............................................................................

       $         0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* ...........................................................................

       $    624,452,063.32

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* .............................................................................

       $    624,452,063.32

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................

    $    282,371,252.61

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................

       $         0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................

       + $    284,094,638.45

4. **Total liabilities**

    Lines 2 + 3a + 3b ...............................................................................................

    $    566,465,891.06

**Fill in this information to identify the case:**

Debtor Name: In re : Zachry Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-90377 (MI)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   2.1 None                                                                      $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Bank of America | Checking | 6305 | $          0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 None                                                                      $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $     0.00

Debtor:  Zachry Holdings, Inc.                                                                 Case number *(if known):*   24-90377
_____
Name

---

**Part 2:**   **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

_____        $ _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____        $ _____

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $ _____ 0.00

---

Debtor: Zachry Holdings, Inc.

_____

Name

Case number *(if known)*: 24-90377

_____

---

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | Description | face amount | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |
| 11b. Over 90 days old: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

Debtor: Zachry Holdings, Inc.
_____
Name

Case number *(if known)*: 24-90377

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | Valuation method | | Current value |
|---|---|---|---|---|
| 14.1 | See Schedule A/B 14 Attachment | Market value | $ | 57,203,681.71 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | | % of ownership: | | |
|---|---|---|---|---|
| 15.1 | Zachry Enterprise Solutions, LLC | 100.00% | Undetermined | $ Undetermined |
| 15.2 | Zachry EPC Holdings, LLC. | 100.00% | Undetermined | $ Undetermined |
| 15.3 | Zachry Nuclear, Inc. | 100.00% | Undetermined | $ Undetermined |
| 15.4 | Zachry Plant Services Holdings, Inc. | 100.00% | Undetermined | $ Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | None | | $ | |
|---|---|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | 57,203,681.71 |

Debtor:  Zachry Holdings, Inc.
_____
            Name

Case number *(if known)*:  24-90377
_____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | $ | | $ |
| **20. Work in progress** | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | $ | | $ |
| **22. Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes.  Description_____ Book value $ _____  Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor:   Zachry Holdings, Inc.
_____     Case number *(if known)*   24-90377
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |
| **33. Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ _____ 0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: Zachry Holdings, Inc.
_____
Name

Case number *(if known)*: 24-90377
_____

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Zachry Holdings, Inc.
_____
Name

Case number *(if known)*:  24-90377

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|  | $ | | $ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|  | $ | | $ |
| 49.  **Aircraft and accessories** | | | |
|  | $ | | $ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|  | $ | | $ |

51.  **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $ _____ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor: Zachry Holdings, Inc.
_____
Name

Case number *(if known)*: 24-90377
_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Zachry Holdings, Inc.
_____
        Name

Case number *(if known)*:  24-90377

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| 61.1 None | $ | | $ |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 Debt Issuance Costs | $ 2,521,765.48 | Net book value | $ 2,521,765.48 |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 2,521,765.48

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor: Zachry Holdings, Inc.
_____
Name

Case number *(if known):* 24-90377

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor) · Total face amount · doubtful or uncollectible accounts

71.1 None · $ _____ - $ _____ =.....➜ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 None · Tax year _____ · $ _____

73. **Interests in insurance policies or annuities**

73.1 See Schedule A/B 73 Attachment · $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None · $ _____

Nature of claim _____

Amount requested $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None · $ _____

Nature of claim _____

Amount requested $ _____

76. **Trusts, equitable or future interests in property**

76.1 None · $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 See Schedule A/B 77 Attachment · $ 564,726,616.13

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. · $ 564,726,616.13

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Official Form 206 A/B          **Schedule A/B: Assets - Real and Personal Property**          Page 11 of 12

Debtor: Zachry Holdings, Inc.
_____
Name

Case number *(if known):* 24-90377

---

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 57,203,681.71 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 2,521,765.48 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 564,726,616.13 | |
| 91. **Total.** Add lines 80 through 90 for each column................................91a. | $ 624,452,063.32 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................ | | $ 624,452,063.32 |

**Fill in this information to identify the case:**

Debtor Name: In re : Zachry Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-90377 (MI)

☐ Check if this is an
  amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral that**<br>**supports this claim** |
| --- | --- | --- |

2.1 **Creditor's name**

Describe debtor's property that is subject to a lien

See Schedule D Part 1 Attachment        $    282,371,252.61   $    Undetermined

Creditor's Name

**Creditor's mailing address**

Describe the lien

Notice Name

Street

**Is the creditor an insider or related party?**
☐ No
☐ Yes

City       State       ZIP Code

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $    282,371,252.61

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                         State                         ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Zachry Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-90377 (MI)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address**<br>See Schedule E/F, Part 1 Attachment | $    Undetermined | $    Undetermined |

**Priority creditor's name and mailing address**

See Schedule E/F, Part 1 Attachment

Creditor Name

_____

Creditor's Notice name

_____

Address

_____

_____

City          State          ZIP Code

_____

Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:** $    Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F, Part 2 Attachment

Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 284,094,638.45
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐   No

☐   Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐  Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City            State            ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.   $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+**   $ | 284,094,638.45 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 284,094,638.45 |

**Fill in this information to identify the case:**

Debtor Name: In re : Zachry Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-90377 (MI)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment |
| | Name |
| | Notice Name |
| **State the term remaining** | Address |
| **List the contract number of any government contract** | |
| | City            State            ZIP Code |
| | Country |

**Fill in this information to identify the case:**

Debtor Name: In re : Zachry Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 24-90377 (MI)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Schedule H Attachment | | | ☐ D |
| | Street | | |
| | | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| | Country | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name: In re : Zachry Holdings, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the: Southern District of Texas</td></tr>
<tr><td>Case number (if known): 24-90377 (MI)</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>07/16/2024</u>                         ✖ / s / Mohsin Y. Meghji
              MM / DD / YYYY                              Signature of individual signing on behalf of debtor


                                                         Mohsin Y. Meghji
                                                         Printed name

                                                         Chief Restructuring Officer of Zachry
                                                         Holdings, Inc
                                                         Position or relationship to debtor

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule A/B 14
Mutual funds or publicly traded stocks

| Name of fund or stock | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 0304-FID BALANCED | Market Value | $2,883,752.90 |
| 0316-FID LOW PRICED STK | Market Value | $1,023,810.04 |
| 0369-FID FREEDOM INCOME | Market Value | $314,102.24 |
| 0371-FID FREEDOM 2010 | Market Value | $29,068.45 |
| 0372-FID FREEDOM 2020 | Market Value | $689,453.11 |
| 0373-FID FREEDOM 2030 | Market Value | $4,253,044.68 |
| 0718-FID FREEDOM 2040 | Market Value | $1,017,541.44 |
| 1312-FID FREEDOM 2005 | Market Value | $57,089.27 |
| 1313-FID FREEDOM 2015 | Market Value | $25,312.42 |
| 1314-FID FREEDOM 2025 | Market Value | $1,658,006.58 |
| 1315-FID FREEDOM 2035 | Market Value | $2,313,599.81 |
| 1617-FID FREEDOM 2045 | Market Value | $621,338.24 |
| 1618-FID FREEDOM 2050 | Market Value | $191,085.34 |
| 2326-FID US BOND IDX | Market Value | $1,435,853.41 |
| 2331-FID FREEDOM 2055 | Market Value | $12,276.40 |
| 2352-FID MID CAP IDX | Market Value | $190,393.72 |
| 2358-FID SM CAP IDX | Market Value | $148,619.56 |
| 2363-FID INTL INDEX | Market Value | $438,459.67 |
| 2642-FIMM GOVT INST | Market Value | $4,880,682.93 |
| 2708-FID FREEDOM 2060 | Market Value | $1,451.22 |
| 2946-FID CONTRAFUND K6 | Market Value | $6,283,387.96 |
| 3458-FID GROWTH CO K6 | Market Value | $12,807,917.96 |
| 3462-FID MID CAP STOCK K6 | Market Value | $889,168.95 |
| OLLN-PIM TOTAL RETURN A | Market Value | $1,664,281.41 |
| OMTT-VANGUARD INST INDEX | Market Value | $6,079,760.53 |
| OST4-UM BEHAVIORAL VAL R6 | Market Value | $753,539.30 |
| OU9P-VRTS K SM-CAP GR I | Market Value | $548,705.34 |
| OUCG-MFS INTL DIVRSN R3 | Market Value | $1,389,221.39 |
| OUFG-BARON GROWTH INST | Market Value | $2,583,058.76 |
| OUZ2-JPM EQUITY INCOME R6 | Market Value | $971,701.30 |
| OVF9-VICTORY S ESTB VAL Y | Market Value | $1,047,997.38 |
| | **TOTAL:** | **$57,203,681.71** |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| ACE Property & Casualty Insurance Co. | PD12703001A | Undetermined |
| Allianz Global Corporate & Specialty SE London / Munich | ENCST2200125 | Undetermined |
| Allianz Global Corporate & Specialty SE London / Munich (20%) | ENCST2100098 | Undetermined |
| Allied World Assurance Company, Ltd | C071400/003 | Undetermined |
| American Guarantee & Liability Ins Co | AUC 9385245-14 | Undetermined |
| American Int'l Group UK Limited | 62785615 | Undetermined |
| American Int'l Group UK Limited (AIG) | 62785728 | Undetermined |
| American Int'l Reinsurance Co, Ltd. | 28422127 | Undetermined |
| American Int'l Reinsurance Co. Ltd. | 62785728 | Undetermined |
| Ascot Specialty Insurance Company | ENXC2110000570-02 | Undetermined |
| Assicurazioni Generali S.P.A. | 23YP00433000 | Undetermined |
| Aviva Insurance Limited (15.5%) | ENCST2100098 | Undetermined |
| AWAC / Apollo / Indigo / Hamilton /QBE | BOWCN2351914 | Undetermined |
| AXA XL (22.22%) | ZIIAMP/2022/XS | Undetermined |
| Axis (21%) | ENCST2100098 | Undetermined |
| Beazley Insurance Company | V2757A230501 | Undetermined |
| Bunker Hill Int'l Ins Bermuda | 1223796 | Undetermined |
| Canopius (7.5%) | ENCST2100098 | Undetermined |
| Castel Underwriting Agencies Ltd. (5%) | ENCST2100098 | Undetermined |
| Chubb (11.11%) | ZIIAMP/2022/XS | Undetermined |
| Chubb Bermuda Insurance Ltd. | ZACH-0341 / MXS | Undetermined |
| Columbia Casualty Company | 6081178031 | Undetermined |
| Convex Ins UK Ltd, LIRMA C9800 | B0509BOWCN2351953 | Undetermined |
| Evanston Insurance Company (Markel) | MKLV6XL30000390 | Undetermined |
| Everest Indemnity Insurance Company | XC4EX00053-231 | Undetermined |
| Everest National Insurance Company | CYBP001451-231 | Undetermined |
| Everest Reinsurance Bermuda Ltd | PWB0000198-231 | Undetermined |
| Federal Insurance Company (Chubb) | J0637587A | Undetermined |
| General Security Indemnity Co of AZ | 10F153931-2023-1 | Undetermined |
| Global Aerospace | 9025091 | Undetermined |
| Global Aerospace | 60000141 | Undetermined |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Great American Insurance Company | SCI273610024 | Undetermined |
| Great Lakes Insurance SE (Munich Re) | BOWZC2350113 | Undetermined |
| Great Lakes Insurance SE (Munich Reinsurance Company) (11%) | ENCST2100098 | Undetermined |
| Great Lakes Insurance SE (Munich Reinsurance Company) (33.34%) | ZIIAMP/2022/XS | Undetermined |
| Great Lakes Insurance SE (Munich Reinsurance Company) (50%) | ZIIAMP/2022/PR | Undetermined |
| Hanseatic Ins. Co. (Bermuda) Ltd. | HIPD205657 | Undetermined |
| Helix / Ark / Argo | BMBDAOCC2023119 | Undetermined |
| Helvetia Global Solutions Ltd | BOWZC2350132 | Undetermined |
| Illinois Union Insurance Company (Chubb) | EXO G71752616 003 | Undetermined |
| Indemnity Insurance Company of North America | XSM G47430732 001 | Undetermined |
| Indian Harbor Insurance Company (AXA XL) | CPX742010810 | Undetermined |
| Ironshore Specialty Insurance Company (Liberty Mutual) | ICELLUW00115088 | Undetermined |
| Ironshore Specialty Insurance Company (Liberty Mutual) | IEELCPLCD63N002 | Undetermined |
| Liberty Mutual Insurance Europe SE | BOWCN2351879 | Undetermined |
| Lloyds  Syndicate 4711 ASP (Emerald) | BOWCN2352459 | Undetermined |
| Lloyd's  Syndicate No. 0033 (Hiscox) | B0509BOWCN2351953 | Undetermined |
| Lloyd's Syndicate 0033 HIS | BOWCN2351912 | Undetermined |
| Lloyd's Syndicate 2003 AXL | BOWCN2352020 | Undetermined |
| Lloyd's Syndicate 4711 ASP | BOWCN2351912 | Undetermined |
| Lloyd's Syndicate No. 4000 HAM ( Hamilton) | B0509BOWCN2351953 | Undetermined |
| Magna Carta Ins. Ltd. | MCPD208172 | Undetermined |
| Magna Carta Ins. Ltd. | MCPD210919 | Undetermined |
| Magna Carta Ins. Ltd. (Fast Track) | MCPD210919 | Undetermined |
| Magna Carta Insurance, Ltd. | MCPD210921 | Undetermined |
| Magna Carta Insurance, Ltd. | MCPD210922 | Undetermined |
| Manga Carta Insurance, Ltd. | MCPD210862 | Undetermined |
| Manga Carta Insurance, Ltd. | MCPD210863 | Undetermined |
| Manga Carta Insurance, Ltd. | MCPD210920 | Undetermined |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Manga Carta Insurance, Ltd. (Fast Track) | MCPD210863 | Undetermined |
| Manga Carta Insurance, Ltd. (Fast Track) | MCPD210920 | Undetermined |
| Manga Carta Insurance, Ltd. (Fast Track) | MCPD210922 | Undetermined |
| Markel American Insurance Company | MKLM2IM0001838 | Undetermined |
| Markel American Insurance Company (22.22%) | ZIIAMP/2022/XS | Undetermined |
| Markel American Insurance Company (25%) | ZIIAMP/2022/PR | Undetermined |
| Markel Bermuda Limited | 196346216326-ALT PW-2 | Undetermined |
| National Fire & Marine Ins. Co. (Berkshire) | 42-XSF-312807-04 | Undetermined |
| Navigators Insurance Company | NY23LIA15595601 | Undetermined |
| North Rock Ins Co Ltd (CNA) | 702100240 | Undetermined |
| QBE Insurance (Eurpoe) Ltd. | BOWCN2352450 | Undetermined |
| QBE Insurance Corporation | 140001296 | Undetermined |
| QBE Lloyds Syndicate QPS 5555 | B0509BOWCN2351906 | Undetermined |
| QBE Lloyds Syndicate QPS 5555 | B0509BOWCN2351953 | Undetermined |
| QBE Lloyds Syndicate QPS 5555 | BOWCN2351912 | Undetermined |
| QBE Lloyds Syndicate QPS 5555 | BOWCN2352459 | Undetermined |
| QBE UK Limited | B0509BOWCN2351906 | Undetermined |
| QBE UK Limited | BOWCN2352459 | Undetermined |
| QBE UK Limited, D1806 | BOWCN2351912 | Undetermined |
| SCOR Channel Limited | BOWCN2352080 | Undetermined |
| Scor UK Company Limited | GLOPR2302039 | Undetermined |
| Scor UK Company Limited (11.11%) | ZIIAMP/2022/XS | Undetermined |
| Scor UK Company Limited (20%) | ENCST2100098 | Undetermined |
| Scor UK Company Limited (25%) | ZIIAMP/2022/PR | Undetermined |
| Starr Insurance & Reinsurance Ltd | SIPW042523 | Undetermined |
| Starr Surplus Lines Ins Co. | B0509BOWCN2351906 | Undetermined |
| Steadfast Insurance Company (Zurich) | EOC5963934-16 | Undetermined |
| Swiss Re International SE, Luxembourg | EXS 2001604-00 | Undetermined |
| Vantage Risk Specialty Insurance Company | P03CP0000045290 | Undetermined |
| Zurich American Insurance Company | BAP 3437224 21 | Undetermined |
| Zurich American Insurance Company | GLO 3437220 21 | Undetermined |
| Zurich American Insurance Company | MBR3717738-18 | Undetermined |
| Zurich American Insurance Company | WC 3437222 23 | Undetermined |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Zurich American Insurance Company | ZE 0146646-06 | Undetermined |
| | **TOTAL:** | **Undetermined** |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule A/B 77
Other property of any kind not already listed

| Other property of any kind not already listed | Current value of debtor's interest |
|---|---|
| Intercompany receivable - Zachry Consolodated, LLC | $1,988,352.69 |
| Intercompany receivable - Zachry Industries, Inc. | $156,320.41 |
| Intercompany receivable - Zachry Nuclear, Inc. | $44,562,276.20 |
| Intercompany receivable - Zachry Plant Services Holdings, Inc. | $518,019,666.83 |
| TOTAL: | **$564,726,616.13** |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule D, Part 1
Creditors Who Have Claims Secured by Property

| Line | Creditor's Name | Address 1 | City | State | Zip | Date incurred | Account number (last 4 digits) | Multiple creditors (Y/N) | If multiple creditors, specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien | Describe the lien | Insider / related party (Y/N) | Codebtor (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 5/2/2023 | N/A | Y | First Priority | Personal property and fixture property | Term Loan | N | Y | N | N | N | $156,936,907.12 | Undetermined |
| 2.2 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 5/2/2023 | N/A | Y | First Priority | Personal property and fixture property | Revolving Loan | N | Y | N | N | N | $50,219,810.28 | Undetermined |
| 2.3 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 12/6/2023 | N/A | Y | First Priority | Personal property and fixture property | Revolving Loan | N | Y | N | N | N | $75,214,535.21 | Undetermined |
| 2.4 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 1/6/2015 | 1617 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| 2.5 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 2/25/2019 | 9428 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| 2.6 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 5/27/2022 | 1080 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| 2.7 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 11/22/2022 | 1127 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| 2.8 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 11/16/2022 | 1192 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| 2.9 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 3/9/2023 | 1312 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| 2.10 | Bank of America | P.O. Box 300 | San Antonio | TX | 78291 | 6/5/2023 | 1382 | Y | First Priority | All assets of the Debtor | Standby Letter of Credit | N | Y | Y | Y | N | Undetermined | Undetermined |
| | | | | | | | | | | | | | | | | TOTAL: | $282,371,252.61 | Undetermined |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditors Name | Creditor Notice Name | Address 1 | City | State | Zip | Country | Date incurred | Account number (last 4 digits) | Specify Code subsection: 11 § U.S.C. 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Colorado Department of Revenue | | PO Box 17087 | Denver | CO | 80217-0087 | | Undetermined | x6814 | 8 | Income Tax | N | N | Y | N | Undetermined | Undetermined |
| 2.2 | Department of the Treasury | Internal Revenue Service | PO Box 7346 | Philadelphia | PA | 19101-7346 | | Undetermined | x6814 | 8 | Excise tax on self-insured health plan | N | N | Y | N | Undetermined | Undetermined |
| 2.3 | Idaho State Tax Commission | | PO Box 56 | Boise | ID | 83756-0056 | | Undetermined | x6814 | 8 | Income Tax | N | N | Y | N | Undetermined | Undetermined |
| 2.4 | Kansas Corporate Tax | | 915 SW Harrison St | Topeka | KS | 66612-1588 | | Undetermined | x6814 | 8 | Income Tax | N | N | Y | N | Undetermined | Undetermined |
| 2.5 | Minnesota Franchise Tax Board | | 600 N Robert St, Mail Station 1250 | St. Paul | MN | 55145-1250 | | Undetermined | x6814 | 8 | Franchise Tax | N | N | Y | N | Undetermined | Undetermined |
| 2.6 | Texas Comptroller of Public Accounts | | PO Box 149348 | Austin | TX | 78714-9348 | | Undetermined | x142 | 8 | Franchise Tax | N | N | Y | N | Undetermined | Undetermined |
| 2.7 | Utah State Tax Commission | | 210 N 1950 W | Salt Lake City | UT | 84134-0300 | | Undetermined | x6814 | 8 | Income Tax | N | N | Y | N | Undetermined | Undetermined |
| 2.8 | Wisconsin Department of Revenue | | PO Box 8908 | Madison | WI | 53708-8908 | | Undetermined | x6814 | 8 | Income Tax | N | N | Y | N | Undetermined | Undetermined |
| | | | | | | | | | | | | | | | **TOTAL:** | **Undetermined** | **Undetermined** |

In re: Zachry Holdings, Inc.
**Case No. 24-90377**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Deferred Compensation Plan 001 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 57,520.58 |
| 3.2 | Deferred Compensation Plan 002 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 628,305.42 |
| 3.3 | Deferred Compensation Plan 003 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 171,492.12 |
| 3.4 | Deferred Compensation Plan 004 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 33,869.98 |
| 3.5 | Deferred Compensation Plan 005 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 305,412.88 |
| 3.6 | Deferred Compensation Plan 006 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 65,797.04 |
| 3.7 | Deferred Compensation Plan 007 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 12,845.52 |
| 3.8 | Deferred Compensation Plan 008 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,194,770.54 |
| 3.9 | Deferred Compensation Plan 009 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 270,893.41 |
| 3.10 | Deferred Compensation Plan 010 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 214,541.33 |
| 3.11 | Deferred Compensation Plan 011 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 346,124.38 |
| 3.12 | Deferred Compensation Plan 012 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 131,721.18 |
| 3.13 | Deferred Compensation Plan 013 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 747,712.70 |
| 3.14 | Deferred Compensation Plan 014 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 38,272.93 |
| 3.15 | Deferred Compensation Plan 015 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 30,642.71 |
| 3.16 | Deferred Compensation Plan 016 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 11,200.20 |
| 3.17 | Deferred Compensation Plan 017 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 80,764.24 |
| 3.18 | Deferred Compensation Plan 018 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 9,163.69 |
| 3.19 | Deferred Compensation Plan 019 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 132,959.12 |
| 3.20 | Deferred Compensation Plan 020 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 130,472.04 |
| 3.21 | Deferred Compensation Plan 021 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,334.23 |
| 3.22 | Deferred Compensation Plan 022 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 9,865.25 |
| 3.23 | Deferred Compensation Plan 023 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 24,792.69 |
| 3.24 | Deferred Compensation Plan 024 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 732,571.35 |
| 3.25 | Deferred Compensation Plan 025 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 410,606.08 |
| 3.26 | Deferred Compensation Plan 026 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 68,522.35 |
| 3.27 | Deferred Compensation Plan 027 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 32,709.64 |
| 3.28 | Deferred Compensation Plan 028 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 20,965.93 |
| 3.29 | Deferred Compensation Plan 029 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 13,279.07 |
| 3.30 | Deferred Compensation Plan 030 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 46,550.70 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.31 | Deferred Compensation Plan 031 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 115,459.78 |
| 3.32 | Deferred Compensation Plan 032 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,687.47 |
| 3.33 | Deferred Compensation Plan 033 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 409,864.10 |
| 3.34 | Deferred Compensation Plan 034 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,361.47 |
| 3.35 | Deferred Compensation Plan 035 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,714.85 |
| 3.36 | Deferred Compensation Plan 036 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 253,249.96 |
| 3.37 | Deferred Compensation Plan 037 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 13,257.40 |
| 3.38 | Deferred Compensation Plan 038 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,092.28 |
| 3.39 | Deferred Compensation Plan 039 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 51,217.10 |
| 3.40 | Deferred Compensation Plan 040 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 42,748.29 |
| 3.41 | Deferred Compensation Plan 041 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 15,681.38 |
| 3.42 | Deferred Compensation Plan 042 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 197,538.02 |
| 3.43 | Deferred Compensation Plan 043 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 18,465.07 |
| 3.44 | Deferred Compensation Plan 044 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,107,030.69 |
| 3.45 | Deferred Compensation Plan 045 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,031,734.79 |
| 3.46 | Deferred Compensation Plan 046 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,249.22 |
| 3.47 | Deferred Compensation Plan 047 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,848.98 |
| 3.48 | Deferred Compensation Plan 048 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 290,784.40 |
| 3.49 | Deferred Compensation Plan 049 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 25,441.78 |
| 3.50 | Deferred Compensation Plan 050 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 25,489.12 |
| 3.51 | Deferred Compensation Plan 051 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 193,668.58 |
| 3.52 | Deferred Compensation Plan 052 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,581.94 |
| 3.53 | Deferred Compensation Plan 053 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 40,074.01 |
| 3.54 | Deferred Compensation Plan 054 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 8,095.91 |
| 3.55 | Deferred Compensation Plan 055 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 17,177.46 |
| 3.56 | Deferred Compensation Plan 056 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 14,093.74 |
| 3.57 | Deferred Compensation Plan 057 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 53,611.34 |
| 3.58 | Deferred Compensation Plan 058 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,467,487.53 |
| 3.59 | Deferred Compensation Plan 059 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 597,475.76 |
| 3.60 | Deferred Compensation Plan 060 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 508,699.88 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.61 | Deferred Compensation Plan 061 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 287,401.47 |
| 3.62 | Deferred Compensation Plan 062 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,253.83 |
| 3.63 | Deferred Compensation Plan 063 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 13,877.50 |
| 3.64 | Deferred Compensation Plan 064 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,070.08 |
| 3.65 | Deferred Compensation Plan 065 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,922.70 |
| 3.66 | Deferred Compensation Plan 066 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 95,056.27 |
| 3.67 | Deferred Compensation Plan 067 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 6,594.69 |
| 3.68 | Deferred Compensation Plan 068 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 577,554.23 |
| 3.69 | Deferred Compensation Plan 069 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 99,619.12 |
| 3.70 | Deferred Compensation Plan 070 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,851.09 |
| 3.71 | Deferred Compensation Plan 071 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 20,965.19 |
| 3.72 | Deferred Compensation Plan 072 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,248.93 |
| 3.73 | Deferred Compensation Plan 073 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 73,533.28 |
| 3.74 | Deferred Compensation Plan 074 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,778.17 |
| 3.75 | Deferred Compensation Plan 075 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 262,947.02 |
| 3.76 | Deferred Compensation Plan 076 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 58,644.08 |
| 3.77 | Deferred Compensation Plan 077 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,337.79 |
| 3.78 | Deferred Compensation Plan 078 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,786.19 |
| 3.79 | Deferred Compensation Plan 079 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 154,775.97 |
| 3.80 | Deferred Compensation Plan 080 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 30,760.03 |
| 3.81 | Deferred Compensation Plan 081 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 103,041.65 |
| 3.82 | Deferred Compensation Plan 082 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 377,183.44 |
| 3.83 | Deferred Compensation Plan 083 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,089.66 |
| 3.84 | Deferred Compensation Plan 084 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,119,986.29 |
| 3.85 | Deferred Compensation Plan 085 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,914,984.47 |
| 3.86 | Deferred Compensation Plan 086 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 28,193.03 |
| 3.87 | Deferred Compensation Plan 087 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 411,118.41 |
| 3.88 | Deferred Compensation Plan 088 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 44,188.89 |
| 3.89 | Deferred Compensation Plan 089 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 115,443.84 |
| 3.90 | Deferred Compensation Plan 090 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 8,646.17 |

In re: Zachry Holdings, Inc.
**Case No. 24-90377**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.91 | Deferred Compensation Plan 091 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 594,841.39 |
| 3.92 | Deferred Compensation Plan 092 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 36,749.05 |
| 3.93 | Deferred Compensation Plan 093 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 209,304.69 |
| 3.94 | Deferred Compensation Plan 094 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,715.16 |
| 3.95 | Deferred Compensation Plan 095 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 590,055.23 |
| 3.96 | Deferred Compensation Plan 096 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 8,302.65 |
| 3.97 | Deferred Compensation Plan 097 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 321,511.90 |
| 3.98 | Deferred Compensation Plan 098 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 15,537.56 |
| 3.99 | Deferred Compensation Plan 099 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 26,394.67 |
| 3.100 | Deferred Compensation Plan 100 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 112,030.92 |
| 3.101 | Deferred Compensation Plan 101 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 325,260.48 |
| 3.102 | Deferred Compensation Plan 102 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 141,305.91 |
| 3.103 | Deferred Compensation Plan 103 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 247,646.40 |
| 3.104 | Deferred Compensation Plan 104 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 92,478.49 |
| 3.105 | Deferred Compensation Plan 105 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 44,856.35 |
| 3.106 | Deferred Compensation Plan 106 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 333,921.59 |
| 3.107 | Deferred Compensation Plan 107 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 476,349.24 |
| 3.108 | Deferred Compensation Plan 108 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,755.10 |
| 3.109 | Deferred Compensation Plan 109 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 409,302.91 |
| 3.110 | Deferred Compensation Plan 110 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 6,384.01 |
| 3.111 | Deferred Compensation Plan 111 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 103,441.90 |
| 3.112 | Deferred Compensation Plan 112 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 17,148.49 |
| 3.113 | Deferred Compensation Plan 113 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,718,974.80 |
| 3.114 | Deferred Compensation Plan 114 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 427,830.35 |
| 3.115 | Deferred Compensation Plan 115 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 31,464.92 |
| 3.116 | Deferred Compensation Plan 116 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 51,884.24 |
| 3.117 | Deferred Compensation Plan 117 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 30,455.93 |
| 3.118 | Deferred Compensation Plan 118 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,155,356.00 |
| 3.119 | Deferred Compensation Plan 119 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 23,310.43 |
| 3.120 | Deferred Compensation Plan 120 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 324,601.47 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 3.121 | Deferred Compensation Plan 121 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 899,441.53 |
| 3.122 | Deferred Compensation Plan 122 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 36,138.42 |
| 3.123 | Deferred Compensation Plan 123 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 18,559.52 |
| 3.124 | Deferred Compensation Plan 124 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 12,670.99 |
| 3.125 | Deferred Compensation Plan 125 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 6,607.35 |
| 3.126 | Deferred Compensation Plan 126 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 546,052.09 |
| 3.127 | Deferred Compensation Plan 127 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 193,454.21 |
| 3.128 | Deferred Compensation Plan 128 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 22,152.86 |
| 3.129 | Deferred Compensation Plan 129 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,016.28 |
| 3.130 | Deferred Compensation Plan 130 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 27,787.49 |
| 3.131 | Deferred Compensation Plan 131 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 19,061.37 |
| 3.132 | Deferred Compensation Plan 132 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 44,952.68 |
| 3.133 | Deferred Compensation Plan 133 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 29,527.96 |
| 3.134 | Deferred Compensation Plan 134 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,034.44 |
| 3.135 | Deferred Compensation Plan 135 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 15,356.75 |
| 3.136 | Deferred Compensation Plan 136 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 245,976.55 |
| 3.137 | Deferred Compensation Plan 137 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 179,107.29 |
| 3.138 | Deferred Compensation Plan 138 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 97,805.40 |
| 3.139 | Deferred Compensation Plan 139 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 400,941.41 |
| 3.140 | Deferred Compensation Plan 140 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 79,389.47 |
| 3.141 | Deferred Compensation Plan 141 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 23,380.75 |
| 3.142 | Deferred Compensation Plan 142 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 434,144.18 |
| 3.143 | Deferred Compensation Plan 143 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 112,102.04 |
| 3.144 | Deferred Compensation Plan 144 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,611.81 |
| 3.145 | Deferred Compensation Plan 145 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 27,448.14 |
| 3.146 | Deferred Compensation Plan 146 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 256,010.65 |
| 3.147 | Deferred Compensation Plan 147 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,202,441.75 |
| 3.148 | Deferred Compensation Plan 148 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 297,611.68 |
| 3.149 | Deferred Compensation Plan 149 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 19,626.39 |
| 3.150 | Deferred Compensation Plan 150 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 41,857.16 |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|------|------------------------------|---------------------|-----------|-----------|------|-------|-----|---------|---------------|-----------------|-------------------------|------------|--------------|----------|-----------------|
| 3.151 | Deferred Compensation Plan 151 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 37,483.47 |
| 3.152 | Deferred Compensation Plan 152 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 551,589.52 |
| 3.153 | Deferred Compensation Plan 153 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 26,228.64 |
| 3.154 | Deferred Compensation Plan 154 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 114,974.07 |
| 3.155 | Deferred Compensation Plan 155 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 92,072.58 |
| 3.156 | Deferred Compensation Plan 156 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 31,618.36 |
| 3.157 | Deferred Compensation Plan 157 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 477,229.94 |
| 3.158 | Deferred Compensation Plan 158 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 35,536.64 |
| 3.159 | Deferred Compensation Plan 159 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 32,961.80 |
| 3.160 | Deferred Compensation Plan 160 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 196,817.56 |
| 3.161 | Deferred Compensation Plan 161 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 121,047.22 |
| 3.162 | Deferred Compensation Plan 162 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 89,762.92 |
| 3.163 | Deferred Compensation Plan 163 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 32,885.86 |
| 3.164 | Deferred Compensation Plan 164 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 490,413.25 |
| 3.165 | Deferred Compensation Plan 165 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 990,085.45 |
| 3.166 | Deferred Compensation Plan 166 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 102,691.75 |
| 3.167 | Deferred Compensation Plan 167 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 54,932.13 |
| 3.168 | Deferred Compensation Plan 168 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 40,829.96 |
| 3.169 | Deferred Compensation Plan 169 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 170,155.66 |
| 3.170 | Deferred Compensation Plan 170 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,583.87 |
| 3.171 | Deferred Compensation Plan 171 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 238,377.91 |
| 3.172 | Deferred Compensation Plan 172 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 28,932.80 |
| 3.173 | Deferred Compensation Plan 173 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 164,878.20 |
| 3.174 | Deferred Compensation Plan 174 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 707,512.50 |
| 3.175 | Deferred Compensation Plan 175 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 446.60 |
| 3.176 | Deferred Compensation Plan 176 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,095.11 |
| 3.177 | Deferred Compensation Plan 177 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 18,903.87 |
| 3.178 | Deferred Compensation Plan 178 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 57,203.62 |
| 3.179 | Deferred Compensation Plan 179 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 176,733.01 |
| 3.180 | Deferred Compensation Plan 180 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 18,908.90 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.181 | Deferred Compensation Plan 181 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 330,606.01 |
| 3.182 | Deferred Compensation Plan 182 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,583.90 |
| 3.183 | Deferred Compensation Plan 183 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 9,191.84 |
| 3.184 | Deferred Compensation Plan 184 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 294,970.52 |
| 3.185 | Deferred Compensation Plan 185 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 143,081.81 |
| 3.186 | Deferred Compensation Plan 186 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 356.63 |
| 3.187 | Deferred Compensation Plan 187 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 14,972.73 |
| 3.188 | Deferred Compensation Plan 188 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 14,890.27 |
| 3.189 | Deferred Compensation Plan 189 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 98,937.27 |
| 3.190 | Deferred Compensation Plan 190 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 130,684.22 |
| 3.191 | Deferred Compensation Plan 191 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 34,372.26 |
| 3.192 | Deferred Compensation Plan 192 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 366.00 |
| 3.193 | Deferred Compensation Plan 193 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 622,246.83 |
| 3.194 | Deferred Compensation Plan 194 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 361,667.88 |
| 3.195 | Deferred Compensation Plan 195 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 100,561.03 |
| 3.196 | Deferred Compensation Plan 196 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,787.72 |
| 3.197 | Deferred Compensation Plan 197 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 115,404.43 |
| 3.198 | Deferred Compensation Plan 198 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 85,625.01 |
| 3.199 | Deferred Compensation Plan 199 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 9,258.74 |
| 3.200 | Deferred Compensation Plan 200 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,198,805.20 |
| 3.201 | Deferred Compensation Plan 201 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 163,950.27 |
| 3.202 | Deferred Compensation Plan 202 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 74,152.33 |
| 3.203 | Deferred Compensation Plan 203 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 30,679.46 |
| 3.204 | Deferred Compensation Plan 204 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 35,433.15 |
| 3.205 | Deferred Compensation Plan 205 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 9,614.08 |
| 3.206 | Deferred Compensation Plan 206 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 14,194.42 |
| 3.207 | Deferred Compensation Plan 207 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 70,561.95 |
| 3.208 | Deferred Compensation Plan 208 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,417.70 |
| 3.209 | Deferred Compensation Plan 209 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 24,538.70 |
| 3.210 | Deferred Compensation Plan 210 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 108,527.85 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|------|------------------------------|----------------------|-----------|-----------|------|-------|-----|---------|---------------|-----------------|--------------------------|------------|--------------|----------|------------------|
| 3.211 | Deferred Compensation Plan 211 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 11,800.49 |
| 3.212 | Deferred Compensation Plan 212 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 19,406.24 |
| 3.213 | Deferred Compensation Plan 213 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,403.56 |
| 3.214 | Deferred Compensation Plan 214 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,201.24 |
| 3.215 | Deferred Compensation Plan 215 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 13,914.13 |
| 3.216 | Deferred Compensation Plan 216 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 55,986.65 |
| 3.217 | Deferred Compensation Plan 217 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 31,232.53 |
| 3.218 | Deferred Compensation Plan 218 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 604,118.82 |
| 3.219 | Deferred Compensation Plan 219 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 47,641.17 |
| 3.220 | Deferred Compensation Plan 220 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 212,618.37 |
| 3.221 | Deferred Compensation Plan 221 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 135,901.03 |
| 3.222 | Deferred Compensation Plan 222 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,208.38 |
| 3.223 | Deferred Compensation Plan 223 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,850.20 |
| 3.224 | Deferred Compensation Plan 224 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,177,055.54 |
| 3.225 | Deferred Compensation Plan 225 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 219,231.82 |
| 3.226 | Deferred Compensation Plan 226 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 70,986.81 |
| 3.227 | Deferred Compensation Plan 227 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 11,462.29 |
| 3.228 | Deferred Compensation Plan 228 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 17,158.64 |
| 3.229 | Deferred Compensation Plan 229 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 7,144.06 |
| 3.230 | Deferred Compensation Plan 230 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 406,929.65 |
| 3.231 | Deferred Compensation Plan 231 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 93,602.90 |
| 3.232 | Deferred Compensation Plan 232 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 328,954.74 |
| 3.233 | Deferred Compensation Plan 233 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 70,589.74 |
| 3.234 | Deferred Compensation Plan 234 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,216.66 |
| 3.235 | Deferred Compensation Plan 235 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 33,391.80 |
| 3.236 | Deferred Compensation Plan 236 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 316,990.01 |
| 3.237 | Deferred Compensation Plan 237 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 15,480.95 |
| 3.238 | Deferred Compensation Plan 238 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 13,095.52 |
| 3.239 | Deferred Compensation Plan 239 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,576.51 |
| 3.240 | Deferred Compensation Plan 240 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 7,308.16 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.241 | Deferred Compensation Plan 241 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 173,323.11 |
| 3.242 | Deferred Compensation Plan 242 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 165,609.75 |
| 3.243 | Deferred Compensation Plan 243 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 7,126.88 |
| 3.244 | Deferred Compensation Plan 244 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 11,119.90 |
| 3.245 | Deferred Compensation Plan 245 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 32,007.47 |
| 3.246 | Deferred Compensation Plan 246 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 66,507.57 |
| 3.247 | Deferred Compensation Plan 247 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,083.27 |
| 3.248 | Deferred Compensation Plan 248 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,066,200.11 |
| 3.249 | Deferred Compensation Plan 249 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 60,118.73 |
| 3.250 | Deferred Compensation Plan 250 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,395.33 |
| 3.251 | Deferred Compensation Plan 251 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 410,285.57 |
| 3.252 | Deferred Compensation Plan 252 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 526,619.20 |
| 3.253 | Deferred Compensation Plan 253 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 104,868.43 |
| 3.254 | Deferred Compensation Plan 254 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 170,823.31 |
| 3.255 | Deferred Compensation Plan 255 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 21,819.90 |
| 3.256 | Deferred Compensation Plan 256 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,661.42 |
| 3.257 | Deferred Compensation Plan 257 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 34,235.10 |
| 3.258 | Deferred Compensation Plan 258 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 6,521.64 |
| 3.259 | Deferred Compensation Plan 259 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 951.66 |
| 3.260 | Deferred Compensation Plan 260 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,092.28 |
| 3.261 | Deferred Compensation Plan 261 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,903.08 |
| 3.262 | Deferred Compensation Plan 262 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 28,373.29 |
| 3.263 | Deferred Compensation Plan 263 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 6,818.03 |
| 3.264 | Deferred Compensation Plan 264 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 174,320.49 |
| 3.265 | Deferred Compensation Plan 265 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,259.92 |
| 3.266 | Deferred Compensation Plan 266 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 12,269.55 |
| 3.267 | Deferred Compensation Plan 267 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3.54 |
| 3.268 | Deferred Compensation Plan 268 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 458,454.55 |
| 3.269 | Deferred Compensation Plan 269 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 466,591.60 |
| 3.270 | Deferred Compensation Plan 270 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,656.06 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.271 | Deferred Compensation Plan 271 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,583.24 |
| 3.272 | Deferred Compensation Plan 272 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 24,592.93 |
| 3.273 | Deferred Compensation Plan 273 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,073.46 |
| 3.274 | Deferred Compensation Plan 274 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 16,778.17 |
| 3.275 | Deferred Compensation Plan 275 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 118,852.03 |
| 3.276 | Deferred Compensation Plan 276 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4.33 |
| 3.277 | Deferred Compensation Plan 277 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 27,313.02 |
| 3.278 | Deferred Compensation Plan 278 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 112,055.70 |
| 3.279 | Deferred Compensation Plan 279 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 9,221.21 |
| 3.280 | Deferred Compensation Plan 280 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,346,232.83 |
| 3.281 | Deferred Compensation Plan 281 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 75,411.78 |
| 3.282 | Deferred Compensation Plan 282 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 10,082.20 |
| 3.283 | Deferred Compensation Plan 283 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 187,740.94 |
| 3.284 | Deferred Compensation Plan 284 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 3,246.42 |
| 3.285 | Deferred Compensation Plan 285 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 5,048.85 |
| 3.286 | Deferred Compensation Plan 286 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 60,907.29 |
| 3.287 | Deferred Compensation Plan 287 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 446,412.77 |
| 3.288 | Deferred Compensation Plan 288 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 8,552.56 |
| 3.289 | Deferred Compensation Plan 289 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 278,478.79 |
| 3.290 | Deferred Compensation Plan 290 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 4,798.75 |
| 3.291 | Deferred Compensation Plan 291 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 522,107.33 |
| 3.292 | Deferred Compensation Plan 292 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 8,815.61 |
| 3.293 | Deferred Compensation Plan 293 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 138,775.54 |
| 3.294 | Deferred Compensation Plan 294 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 210,959.28 |
| 3.295 | Deferred Compensation Plan 295 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 42,541.67 |
| 3.296 | Deferred Compensation Plan 296 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 12,844.67 |
| 3.297 | Deferred Compensation Plan 297 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 31,321.57 |
| 3.298 | Deferred Compensation Plan 298 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 8,274.61 |
| 3.299 | Deferred Compensation Plan 299 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 227,423.83 |
| 3.300 | Deferred Compensation Plan 300 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 6,520.74 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.301 | Deferred Compensation Plan 301 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 407.15 |
| 3.302 | Deferred Compensation Plan 302 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 22,142.25 |
| 3.303 | Deferred Compensation Plan 303 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 54,924.76 |
| 3.304 | Deferred Compensation Plan 304 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 7,546.49 |
| 3.305 | Deferred Compensation Plan 305 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 14,408.94 |
| 3.306 | Deferred Compensation Plan 306 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 7,036.22 |
| 3.307 | Deferred Compensation Plan 307 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 29,757.27 |
| 3.308 | Deferred Compensation Plan 308 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,584.05 |
| 3.309 | Deferred Compensation Plan 309 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 2,640.86 |
| 3.310 | Deferred Compensation Plan 310 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 92,234.79 |
| 3.311 | Deferred Compensation Plan 311 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 34,427.83 |
| 3.312 | Deferred Compensation Plan 312 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 37,656.48 |
| 3.313 | Deferred Compensation Plan 313 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 1,197.11 |
| 3.314 | Deferred Compensation Plan 314 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 15,091.02 |
| 3.315 | Deferred Compensation Plan 315 | | Address on File | | | | | | 5/20/2024 | Deferred Compensation Plan | N | N | N | N | 34,731.38 |
| 3.316 | Cotton, Shavonta | Holt Law Firm | Jim Holt | 4720 North Blvd | Baton Rouge | LA | 70806 | | Undetermined | Employment Litigation | N | Y | Y | Y | Undetermined |
| 3.317 | Ernst & Young | PNC BANK C/O ERNST & YOUNG | PO BOX 773712 | | CHICAGO | IL | 60677-3712 | | Undetermined | Trade Payables | N | N | N | N | 33,116.67 |
| 3.318 | Gray, S. | Robert W. Schmidt Law Firm, PLLC | 1502 West Avenue | | Austin | TX | 78701 | | Undetermined | Employment Litigation | N | Y | Y | Y | Undetermined |
| 3.319 | Lamotte, Avis | Stranch, Jennings, & Garvey, PLLC | J. Gerard Stranch, IV | | Nashville | TN | 37203 | | Undetermined | Complaint for Violation of WARN Act | N | Y | Y | Y | Undetermined |
| 3.320 | Zachry Enterprise Solutions, LLC | | PO Box 240130 | | San Antonio | TX | 78224 | | Undetermined | Intercompany Payable | N | N | Y | N | 25,589,987.22 |
| 3.321 | Zachry EPC Holdings, LLC | | PO Box 240130 | | San Antonio | TX | 78224 | | Undetermined | Intercompany Payable | N | N | Y | N | 99,795,112.62 |
| 3.322 | Zachry, LLC | | PO Box 240130 | | San Antonio | TX | 78224 | | Undetermined | Intercompany Payable | N | N | Y | N | 101,539,994.57 |
| | | | | | | | | | | | | | | TOTAL: | 284,094,638.45 |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | 36Software | | 19 Cambridge Street | | Rochester | NY | 14607 | | Software agreement for Smartdocs products | Undetermined | |
| 2.2 | 36Software | | 350 East Avenue Suite 203-5 | | Rochester | NY | 14604 | | IT Contract - Smart Docs-Word Plugin for Proposal group | Undetermined | |
| 2.3 | Accuris - Information Handling Service | | 15 Inverness Way East | | Englewood | CO | 5710 | | IT Contract - Engineering Technical Standards subscription | Undetermined | |
| 2.4 | Acuity | | One Lithonia Way | | Conyers | GA | 30012 | | IT Contract - Visual Lighting 2017 Cloud lighting measurement sw - 15 lic | Undetermined | |
| 2.5 | Adaptive Corp-Dassault Systemes | | 118 W Streetboro Rd Suite 221 | | Hudson | OH | 44236 | | IT Contract - Simulia Abaqus | Undetermined | |
| 2.6 | Alert Logic - Forta | | 75 Remittance Drive Suite 6693 | | Chicago | IL | 6693 | | IT Contract - Intrusion Protection , Monitoring and Analysis | Undetermined | |
| 2.7 | Allen Systems Group (ASG Technologies) | | 77 Fourth Avenue | | Waltham | MA | 02451 | | IT Contract - Safari Interface -Oracle UDMS CMIS Report writer | Undetermined | |
| 2.8 | Altair (Datawatch Corporation) | | 1820 E. Big Beaver Road | | Troy | MI | 48083 | | IT Contract - Monarch Classic -Modeler, data extraction | Undetermined | |
| 2.9 | Analytical Design Solutions | | 227 W Market St Suite 200 | | York | PA | 17401 | | IT Contract - KioWare Classic Lite software for Zachry ER Kiosks | Undetermined | |
| 2.10 | Apex Systems, LLC | | 4400 Cox Road | Suite 200 | Glen Allen | VA | 23060 | | Professional Services Agreement | Undetermined | |
| 2.11 | ApiLayer | | 4001 W. Parmer Lane, Suite 125 | | Austin | TX | 78727 | | IT Contract - Fixer-Foreign Exchange rate and currency conversion API used for AP/AR dashboards | Undetermined | |
| 2.12 | Appeon | | 425 1St Street Unit 1507 | | San Fransisco | CA | 94105 | | IT Contract - InfoMaker 2017 - needed for Hexagon Smart Instrumentation mark ups | Undetermined | |
| 2.13 | Applications International Corporation | | 10920 Via Frontera, Suite 400 | | San Diego | CA | 92127 | | IT Contract - SIMS Hosting Fee | Undetermined | |
| 2.14 | Applied Flow Technology (AFT) | | 2955 Professional Pl Ste 301 | | Colorado Springs | CO | 80904 | | IT Contract | Undetermined | |
| 2.15 | Aspen Technology | | 20 Crosby Drive | | Bedford | MA | 01730 | | IT Contract - HYSYS Renewal Oil / gas simulation; process modeling | Undetermined | |
| 2.16 | Autodesk | | One Market St Ste 400 | | San Francisco | CA | 94105 | | IT Contract - Prod Design Suite, Autodesk CAD | Undetermined | |
| 2.17 | AVEVA | | 26561 Rancho Parkway South | | Lake Forest | CA | 92630-8301 | | IT Contract - AVEVA Design software - Tokens | Undetermined | |
| 2.18 | Avidxchange | | 1210 Avidxchange Lane | | Charlotte | NC | 28206 | | IT Contract - Create-A-Check software-Site Payroll, AP checks | Undetermined | |
| 2.19 | Bentley Systems Inc | | 685 Stockton Drive | | Exton | PA | 19341-1151 | | IT Contract - Enterprise License Subscription (Qtrly);Css,Autopipe (05/25/XX annual) | Undetermined | |
| 2.20 | Blue Cross and Blue Shield of Texas | | P.O. Box 660044 | | Dallas | TX | 75266-0044 | | Employee Benefits: HSA, Standard PPO, & Enhanced PPO Medical | Undetermined | |
| 2.21 | Canon Financial Services, Inc. | | 14904 Collections Center Drive | | Chicago | IL | 60693 | | Master Lease Agreement 548411 for Various Printing and Scanning Equipment | Undetermined | |
| 2.22 | Caso Inc | | 134 West 29Th Street, Unit 306 - 310 | | New York | NY | 10001 | | IT Contract - ScanPro software for Document Retention | Undetermined | |
| 2.23 | CAXperts - UPV Oracle Unifier Effort | | Carl-Zeiss-Ring 4 | | ISMANING | | BY85737 | Germany | IT Contract - Lease lic Universal Plant Viewer | Undetermined | |
| 2.24 | CDW - Bluebeam | | 443 S. Raymond Ave. | | Pasadena | CA | 91105-2630 | | IT Contract - Bluebeam Open Licensing 3 year agreement | Undetermined | |
| 2.25 | CDW DIRECT LLC | | 200 North Milwaukee Ave | | Vernon Hills | IL | 60061 | | IT Contract - JAMF SOFTWARE | Undetermined | |
| 2.26 | CDW-Adobe | | 601 Townsend Street | | San Francisco | CA | 94103 | | IT Contract - PDF Editing & Creation | Undetermined | |
| 2.27 | CDW-Red Hat | | 100 E. Davie Street | | Raleigh | NC | 27601 | | IT Contract - Red Hat Linux Server subscription | Undetermined | |
| 2.28 | CDW-TechSmith | | 801 Garden Street Suite 201 | | Santa Barbara | CA | 93101 | | IT Contract - Camtasia video recording software | Undetermined | |
| 2.29 | Certikit | | 6 High Street Belper | | Derbyshire | | DE56 1DL | UK | IT Contract | Undetermined | |
| 2.30 | Chempute Software | | 6 Abrey Road Kloof | | Kwazulu-Natal | | 3610 | South Africa | IT Contract - Instrucalc 9.0 - Control valve sizing software | Undetermined | |
| 2.31 | Cigna Global Health Benefits | | P.O. Box 15111 | | Wilmington | DE | 19850 | | Employee Benefits: Business Travel Medical | Undetermined | |
| 2.32 | Citrix Systems Inc - Paragon Micro | | 2 Corporate Drive | | Lake Zurich | IL | 0047 | | IT Contract - Citrix Environment 3 year renewal | Undetermined | |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.33 | Codeware Inc. | | 6530 Sawyer Loop Rd | | Sarasota | FL | 34238 | | IT Contract - Compress-Heat Exchanger/Vessel design | Undetermined | |
| 2.34 | Consolidated Electrical Design (CED) | | 9201 J Street | | Omaha | NE | 68127 | | IT Contract - Rockwell Toolkit - Omaha Design | Undetermined | |
| 2.35 | Curtiss-Wright Flow Control Svc | | 10195 Brecksville Rd | | Brecksville | OH | 44141 | | IT Contract - iPRSM Process software (3 Year Agreement ending 03/26/2023) | Undetermined | |
| 2.36 | CVS/Caremark | | One CVS Drive | | Woonsocket | RI | 02895 | | Employee Benefits: Prescription Drugs for HSA, Standard PPO, & Enhanced PPO Medical | Undetermined | |
| 2.37 | Deltek | | 2291 Wood Oak Drive | | Herndon | VA | 20171 | | IT Contract - Acumen/Fuse SW: All billed to Projects/Other Depts | Undetermined | |
| 2.38 | DNV Phast | | 1400 Ravello Drive | | Katy | TX | 77449-5164 | | IT Contract - perpetual DNV Phast licenses; 6K maint | Undetermined | |
| 2.39 | Docusign Inc | | 2211 Main St Suite 1000 | | San Francisco | CA | 94105 | | IT Contract - Electronic Signature and routing tool (15,000 envelopes) | Undetermined | |
| 2.40 | ECE Solutions | | Ece Design 601 Skokie Blvd Suite 2B | | Northbrook | IL | 0062 | | IT Contract - Leica Scanner HW Maintenance (3 Devices) & related Software | Undetermined | |
| 2.41 | Enercalc | | 439 Grand Drive Suite 201 | | Bigfork | MT | 59911 | | IT Contract - Structural Engineering Design Tools | Undetermined | |
| 2.42 | Engineering Physics Services (Paulin Research Group (PRG)) | | 11211 Richmond Ave #109 | | Houston | TX | 7082 | | IT Contract - FEPipe Maintenance | Undetermined | |
| 2.43 | Ensoft | | 3003 W Howard Lane | | Austin | TX | 78728 | | IT Contract - Lpile Modeling tool for structural analysis/Dyna N | Undetermined | |
| 2.44 | Entrust Data Card | | 1187 Park Place | | Shakopee | MN | 55379 | | IT Contract - 3 year SSL cert - CC ($15,535.88 pd in 2019 ) | Undetermined | |
| 2.45 | FastSpring-HiQpdf | | 801 Garden Street Suite 201 | | Santa Barbara | CA | 93101 | | IT Contract - HiQpdf for .NET enterprise-has to be credit card | Undetermined | |
| 2.46 | Feith Systems and Software | | 425 Maryland Dr | | Fort Washington | PA | 19034 | | IT Contract - Imaging Software Records Management | Undetermined | |
| 2.47 | Globalscape | | 4500 Lockhill Selma Rd Suite 150 | | San Antonio | TX | 78249 | | IT Contract - EFT Express & addon | Undetermined | |
| 2.48 | GoodSync | | 3701 Pender Dr Suite 400 | | Fairfax | VA | 22030 | | IT Contract - Sync CAD files for ZEC-Banks CC charge | Undetermined | |
| 2.49 | Grape City | | 211 N Whitfield Street 7Th Floor | | Pittsburgh | PA | 15206 | | IT Contract - ComponentOne Studio-Enterprise for QTRAX project, ZNE | Undetermined | |
| 2.50 | Hartford Life & Accident Insurance Company | | P.O. Box 2999 | Attn: Benefit Management Services, Group Life Claim Dept. | Hartford | CT | 06104-2999 | | Employee Benefits: Business Travel Accident | Undetermined | |
| 2.51 | Heat Transfer Research Inc (HTRI) | | 165 Research Dr | | Navasota | TX | 77868 | | IT Contract - Essentials Fee for Heat Transfer analysis software | Undetermined | |
| 2.52 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000153B-02 | 2 Month(s) | |
| 2.53 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000153C-01 | 2 Month(s) | |
| 2.54 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000153D | 2 Month(s) | |
| 2.55 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000154B-04 | 5 Month(s) | |
| 2.56 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000155B-04 | 2 Month(s) | |
| 2.57 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000155B-05 | 2 Month(s) | |
| 2.58 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000156B-02 | 5 Month(s) | |
| 2.59 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000156B-03 | 11 Month(s) | |
| 2.60 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000157A-02 | 2 Month(s) | |
| 2.61 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000157B-01 | 2 Month(s) | |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.62 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000157C | 2 Month(s) | |
| 2.63 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000160A-02 | 5 Month(s) | |
| 2.64 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000160A-03 | 11 Month(s) | |
| 2.65 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000160B-01 | 11 Month(s) | |
| 2.66 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000160C | 11 Month(s) | |
| 2.67 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000161A-01 | 2 Month(s) | |
| 2.68 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000161B | 2 Month(s) | |
| 2.69 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000161C | 14 Month(s) | |
| 2.70 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000162A-01 | 5 Month(s) | |
| 2.71 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000162B | 5 Month(s) | |
| 2.72 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000162C | 17 Month(s) | |
| 2.73 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000163A-01 | 8 Month(s) | |
| 2.74 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000163B | 8 Month(s) | |
| 2.75 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000163C | 20 Month(s) | |
| 2.76 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000164A-01 | 11 Month(s) | |
| 2.77 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000164A-02 | 11 Month(s) | |
| 2.78 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000164B | 11 Month(s) | |
| 2.79 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000164C | 23 Month(s) | |
| 2.80 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000165A | 2 Month(s) | |
| 2.81 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000165B | 14 Month(s) | |
| 2.82 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000165C | 26 Month(s) | |
| 2.83 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000167A | 5 Month(s) | |
| 2.84 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000167B | 17 Month(s) | |
| 2.85 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000167C | 29 Month(s) | |
| 2.86 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000168 Austin | 23 Month(s) | |
| 2.87 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000169 Bryan | 23 Month(s) | |
| 2.88 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000170 Downers Grov | 23 Month(s) | |
| 2.89 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000171 San Antonio | 23 Month(s) | |
| 2.90 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000172 Stonington | 23 Month(s) | |
| 2.91 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000173 Cary | 23 Month(s) | |
| 2.92 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000174 IDA | 23 Month(s) | |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.93 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000175B | 20 Month(s) | |
| 2.94 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000175C | 32 Month(s) | |
| 2.95 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000176A | 11 Month(s) | |
| 2.96 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000176C | 35 Month(s) | |
| 2.97 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000177A | 14 Month(s) | |
| 2.98 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000177B | 26 Month(s) | |
| 2.99 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000177C | 26 Month(s) | |
| 2.100 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000178A | 17 Month(s) | |
| 2.101 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000178B | 29 Month(s) | |
| 2.102 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000178C | 29 Month(s) | |
| 2.103 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000179A | 20 Month(s) | |
| 2.104 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000179B | 32 Month(s) | |
| 2.105 | Hewlett-Packard Financial Services Company | HPFS | 200 Connell Drive | Suite 5000 | Berkeley Heights | NJ | 07922 | | Computer Equipment Lease per Agreement 100606000179C | 44 Month(s) | |
| 2.106 | Highwire | | 450 Bedford Str Suite 2200 | | Lexington | MA | 02420 | | IT Contract - Procurement SW move from 2022 | Undetermined | |
| 2.107 | Industrial Info Resources | | PO Box 42442 | | Houston | TX | 77242 | | IT Contract - Topline Market Spending Forecast -Wage information for US | Undetermined | |
| 2.108 | Industrial Measurement Solutions | | 42035 Yokum Road | | Ponchatoula | LA | 70454 | | IT Contract - UPV model set up/hosting/mgmt | Undetermined | |
| 2.109 | InEight | | 9977 N 90Th St Ste 250 | | Scottsdale | AZ | 85258-4427 | | IT Contract - Ineight (Hardolar) Main Renewal Estimating & Performance | Undetermined | |
| 2.110 | Insurance Cost Sharing Agreement Parties | | | | | | | | Insurance Cost Sharing Agreement | Undetermined | |
| 2.111 | Intelliwave | | #214, 236-91 St Sw | | Edmonton | AB | T6X 1W8 | Canada | IT Contract - 518143 Site Sense named user lic | Undetermined | |
| 2.112 | Intergraph - Hexagon | | 305 Intergraph Way | | Madison | AL | 35758 | | IT Contract - CADWorx, Caesar, Tank CS, BricsCad, Dongles | Undetermined | |
| 2.113 | Intergraph - Hexagon | | 305 Intergraph Way | | Madison | AL | 35758 | | IT Contract - New Software 2022- Smart Plant Detail | Undetermined | |
| 2.114 | Intergraph - Hexagon | | 305 Intergraph Way | | Madison | AL | 35758 | | IT Contract - Smart Plant Instrumentation (SPI) | Undetermined | |
| 2.115 | Intrepid (Servright) | | 5350 Shawnee Road Suite 250 | | Alexandria | VA | 22312 | | IT Contract - Servright: Feith Scanner Maintenance for San Antonio | Undetermined | |
| 2.116 | ITSAVVY LLC | | P.O. Box 3296 | | Glen Ellyn | IL | 60138 | | IT Contract - HPDATA/DEVICESUB | Undetermined | |
| 2.117 | JAM Software | | 26 Trier | | | RP | 54296 | Germany | IT Contract - Tree Size Professional license for Sharepoint Directory Management | Undetermined | |
| 2.118 | James Milling_Control-Soft Enterprises | | 9593 Amelia Dr | | Anderson | TX | 77830 | | IT Contract - FE-SIZER for Control Valve & Safety Valve sizing | Undetermined | |
| 2.119 | JTB World Inc | | 5-574 South Drive | | Summerside | PE | C1N 3Z7 | Canada | IT Contract - JTBFlex Report - software application usage tracking | Undetermined | |
| 2.120 | KnowB4 | | 33 N Garden Ave Ste 1200 | | Clearwater | FL | 6610 | | IT Contract - Security Awareness Training Subscription Installment 1 of 2 | Undetermined | |
| 2.121 | Korf Technology | | 2068 Wilmers Ln Sarnia | | | Ontario | N7T 7H4 | Canada | IT Contract - Korf Hydraulics | Undetermined | |
| 2.122 | Lighting Analysts | | 10268 W Centennial Rd Suite 202 | | Littleton | CO | 80127 | | IT Contract - AGi32 Illumination - 2 seats | Undetermined | |
| 2.123 | Linked In | | 62228 Collections Center Dr | | Chicago | IL | 60693-0622 | | IT Contract - Linkln software tool subscription - 1/4ly payment beg 2021 | Undetermined | |
| 2.124 | Lucy | | 4601 Six Forks Road Suite 220 | | Raleigh | NC | 27609 | | IT Contract - Enterprise Co Console Lic - to be billed out per schedule | Undetermined | |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.125 | Lumivero formerly Palisade | | 1331 17Th St Ste 404 | | Denver | CO | 80202 | | IT Contract - Contingency/Risk Software subscription-Commercial Team PO 528850 | Undetermined | |
| 2.126 | Maintenance Reseller Corp (MRC) | | 400 West Cummings Park Ste 4450 | | Woburn | MA | 01801 | | IT Contract - MathCAD Professional Float | Undetermined | |
| 2.127 | Meca Enterprises | | 836 W Jasper St | | Broken Arrow | OK | 74011 | | IT Contract - Meca Stack Pro-tool used for analysis & design of steel stacks. | Undetermined | |
| 2.128 | MetLife | | 200 Park Avenue | | New York | NY | 10166 | | Employee Benefits: Critical Illness, Hospital Indemnity, & Accident Insurance | Undetermined | |
| 2.129 | MetLife Dental | | P. O. Box 981282 | | El Paso | TX | 79998-1282 | | Employee Benefits: Enhanced & Standard Dental | Undetermined | |
| 2.130 | MetLife Vision | | P. O. Box 385018 | | Birmingham | AL | 35238-5018 | | Employee Benefits: Group Vision | Undetermined | |
| 2.131 | Micro Focus | | One Irvington Centre, 700 King Farm Boulevard, Suite 400 | | Rockville | MD | 0850, | | IT Contract - COBOL software used for PC Payroll | Undetermined | |
| 2.132 | Microsoft LP | | One Microsoft Way | | Redmond | WA | 98052-6399 | | IT Contract - Microsoft Suite (Office, Desktops and App Servers) | Undetermined | |
| 2.133 | Microsoft LP - Azure | | One Microsoft Way | | Redmond | WA | 98052-6399 | | IT Contract - Azure 2021 renewal 4.5M qtrly pmts | Undetermined | |
| 2.134 | Microsoft LP - Azure | | One Microsoft Way | | Redmond | WA | 98052-6399 | | IT Contract - Citrix ADC | Undetermined | |
| 2.135 | Moxfive | | 1751 Pinnacle Drive, Suite 600 | | Tysons | VA | 22102 | | IT Contract - PO# 581173 PAM and tax yr 1 of 3 | Undetermined | |
| 2.136 | Moxfive Crowdstrike | | 1751 Pinnacle Drive, Suite 600 Tysons, Va 22102 United States | | Tysons | VA | 22102 | | IT Contract - PO#581173 Falcon and Crowdstrike | Undetermined | |
| 2.137 | Navco - Salient Software | | 1335 S Acacia Avenue | | Fullerton | CA | 92831 | | IT Contract - SMA, 3yr SW Mnt for CompleteView Ent - per camera lic | Undetermined | |
| 2.138 | Olive | | 330-1333 Johnston St | | Vancouver | BC | V6H 3R9 | Canada | IT Contract - Olive's AGILE TECHNOLOGY EVLUATION PLATFORM (2 Admins. licenses and 10 Stakeholder licenses | Undetermined | |
| 2.139 | Operation Technology Inc | | 17 Goodyear Suite 100 | | Irvine | CA | 92618 | | IT Contract - ETAP Electrical Power system analysis | Undetermined | |
| 2.140 | Oracle (Cloud Services) | | 1910 Oracle Parkway | | Reston | VA | 20190 | | IT Contract - Aconex - 35K monthly (bill out) 36 month agreement | Undetermined | |
| 2.141 | Oracle (Cloud Services) UNIFIER | | 1910 Oracle Parkway | | Reston | VA | 20190 | | IT Contract | Undetermined | |
| 2.142 | Pan-American Life | | PO Box 981644 | | El Paso | TX | 79998-1644 | | Employee Benefits: Basic Medical | Undetermined | |
| 2.143 | Paragon - Printer Logic | | 432 S Tech Ridge Dr | | St. George | UT | 84770 | | IT Contract - Print VA subscription; remediation effort | Undetermined | |
| 2.144 | Paragon Micro Inc - Proofpoint | | 925 W. Maude Ave | | Sunnyvale | CA | 94085 | | IT Contract - PO# 594495 Email Security Year 1 of 3 | Undetermined | |
| 2.145 | Paragon-Commvault | | 2 Corporate Drive | | Lake Zurich | IL | 0047 | | IT Contract - Commvault Backup & Recovery System Maintenance | Undetermined | |
| 2.146 | Paragon-HP | | 1501 Page Mill Road | | Palo Alto | CA | 94304 | | IT Contract - HP Maintenance Data Center Server/Storage | Undetermined | |
| 2.147 | Paragon-HP | | 1501 Page Mill Road | | Palo Alto | CA | 94304 | | IT Contract - PO# 585972 HP ONE VIEW | Undetermined | |
| 2.148 | Paragon-InfraStruXure (Schneider Electric) | | 10Th Floor, Dlf Cyber City Building Number 10 C | | Gurgaon | Haryana | 122002 | India | IT Contract - InfraStruXure Central Basic-UPS Device management tool with 200 nodes. Includes Appliance warranty plus nodes. | Undetermined | |
| 2.149 | Paragon-Netapp | | 3060 Olsen Drive | | San Jose | CA | 95128 | | IT Contract - Netapp Maint; new purch check 2025 | Undetermined | |
| 2.150 | Paragon-Schneider Electric | | 10Th Floor, Dlf Cyber City Building Number 10 C | | Gurgaon | Haryana | 122002 | India | IT Contract - UPS Stonington Maintenance | Undetermined | |
| 2.151 | Paragon-Solarwinds | | 2 Corporate Drive | | Lake Zurich | IL | 0047 | | IT Contract - SolarWinds Network & Server Mgmt & Perfomrance tools | Undetermined | |
| 2.152 | Paragon-VMWare | | 2 Corporate Drive | | Lake Zurich | IL | 0047 | | IT Contract - VMWare for virtual servers & storage | Undetermined | |
| 2.153 | PhotoShelter | | 111 Broadway 19Th Floor | | New York | NY | 10006 | | IT Contract - Libris: Digital Asset mgmt repository for Branding-3 yr | Undetermined | |
| 2.154 | Pleasetech LTD (Ideagen) | | Rock House Mynyddbach | | Chepstow | | NP16 6RP | UK | IT Contract - PleaseReview - document sharing and co authoring and review suite for ZNE (Heather Rowley) | Undetermined | |

Page 5 of 7

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.155 | Procad | | 12 Elbow River Road | | Calgary | AB | T3Z 2V2 | Canada | IT Contract - Procad Isometric/Orthometric licenses | Undetermined | |
| 2.156 | Rapid7 | | P O Box 347377 | | Pittsburg | PA | 15251 | | IT Contract - Metasploit | Undetermined | |
| 2.157 | Redgate | | Newnham House Cambridge Business Park | | Cambridge | | CB4 0WZ | UK | IT Contract - SQL Prompt Professional used in Ambitrack development | Undetermined | |
| 2.158 | RFPIO INC | | 8700 State Line Road Ste 250 | | Leawood | KS | 6206 | | IT Contract - RFP 360 | Undetermined | |
| 2.159 | Rimini | | 7251 West Lake Mead Blvd Ste 300 | | Las Vegas | NV | 89128 | | IT Contract - 3rd Party Oracle Support | Undetermined | |
| 2.160 | RSMeans LLC | | 30 Patewood Drive Suite 350 | | Greenville | SC | 29615 | | IT Contract - RSMeans Data Subscription-Construction Estimating Software | Undetermined | |
| 2.161 | Sage Software Inc | | 14855 Collection Center Drive | | Chicago | IL | 60693 | | IT Contract - Fixed Assets | Undetermined | |
| 2.162 | Salesforce | | 415 Mission St | | San Francisco | CA | 94105 | | IT Contract - Enterprise Grid Plan | Undetermined | |
| 2.163 | Salesforce | | 415 Mission St | | San Francisco | CA | 94105 | | IT Contract - Sales Cloud/Lightning Platform Starter | Undetermined | |
| 2.164 | SAP | | 3999 West Chester Pike | | Newton Square | PA | 19073 | | IT Contract - SAP Enterprise Support - Madison | Undetermined | |
| 2.165 | SCADA Systems | | 126 Vincent St | | Auckland Cbd | NZ | | New Zealand | IT Contract - Electrical Distribution software | Undetermined | |
| 2.166 | Scantron | | 2020 South 156Th Circle | | Omaha | NE | 68130 | | IT Contract - MAR'23-MAR'24 | Undetermined | |
| 2.167 | Securitas Security Srvcs | | 5825 Callaghan Road Suite 107 | | San Antonio | TX | 78228 | | IT Contract - AMAG SSA RENEWAL | Undetermined | |
| 2.168 | ServiceNow | | PO Box 731647 | | Dallas | TX | 75373-1647 | | IT Contract - Service Now license -Year 2 Subscription of 3 year | Undetermined | |
| 2.169 | SES (Safe Engineering Services & Technologies) | | 3055 Blvd Des Oiseaux | | Laval | | H7L 6E8 | Canada | IT Contract - CDEGS-Electrical design tools | Undetermined | |
| 2.170 | SHI - Citrix | | 851 Cypress Creek Rd | | Fort Lauderdale | FL | 33309 | | IT Contract - 549240 part of 2021 capital program year 1 of 3 | Undetermined | |
| 2.171 | SHI - Malware Bytes | | 3979 Freedom Circle 12Th Floor | | Santa Clara | CA | 95054 | | IT Contract - Malwarebytes Endpoint Detection and Response Subscription | Undetermined | |
| 2.172 | SHI- Cradelpoint | | 1111 W. Jefferson Street, Ste 400 | | Boise | ID | 83702 | | IT Contract - Cradlepoint - Renew NetCloud Branch | Undetermined | |
| 2.173 | SHI INTERNATIONAL CORP | | 6313 S Mopac Expy | | Austin | TX | 78749 | | IT Contract - MALTEGO ENTRPRSE | Undetermined | |
| 2.174 | SHI International Corp/ Hilti Profis | | Feldkircherstrasse 100 Postfach 333 | | Schaan | | 9494 | Liechtenstein | IT Contract - 2021 spend is actuals for 2022 licenses (paid in 2021 I think?). Will need to be renewed again december 2022 | Undetermined | |
| 2.175 | SHI-IronOCR | | 205 N. Michigan Ave | | Chicago | IL | 60611 | | IT Contract - Document Scanning Tool used by Employment to scan to Feith | Undetermined | |
| 2.176 | SHI-Lansweeper | | Lansweeper Nv Zeelsebaan 83Z | | Grembergen | | 9200 | Belgium | IT Contract - Lansweeper IT Asset Mgmt software/hardware discovery tool -11,000 Assets | Undetermined | |
| 2.177 | SHI-Logmein | | PO Box 50264 | | Los Angeles | CA | 90074-0264 | | IT Contract - Rescue-Remote Desktop Manager (59 licenses) | Undetermined | |
| 2.178 | SHI-Sharegate | | 1751 Richardson Street Suite 1050 | | Montreal | Quebec | H3K 1G6 | Canada | IT Contract - Sharegate Desktop: Sharepoint migration tool used to move data, change sites, etc. | Undetermined | |
| 2.179 | SHI-Tenable (Nessus) | | 6100 Merriweather Drive, 12Th Floor | | Columbia | MD | 21044 | | IT Contract - Nessus Professional - Security Scanning Tool used by F. Grimaldi | Undetermined | |
| 2.180 | SHI-The MathWorks, Inc. | | 3 Apple Hill Dr | | Natick | MA | 01760-2098 | | IT Contract - MatLab-numerical computation, visualization, and programming tool | Undetermined | |
| 2.181 | SHI-VanDyke | | 4848 Tramway Ridge Dr. Ne, Suite 101 | | Albuquerque | NM | 87111-2873 | | IT Contract - Secure CRT: Terminal Emulation | Undetermined | |
| 2.182 | SHI-Variphy | | 722 Old Jonas Hill Rd | | Lafayette | CA | 94549 | | IT Contract - Cisco Call analytics & reporting | Undetermined | |
| 2.183 | Sirius-Akkadian Labs | | 240 West 35Th St 6Th Flr | | New York | NY | 10001 | | IT Contract - Akkadian Provisioning Manager (APM) - Phone provisioning tool | Undetermined | |
| 2.184 | Sirius-Cisco Capital | | PO Box 825736 | | Philadelphia | PA | 19182-5736 | | IT Contract - Smartnet renewal financed beg 08/01/19 for 3 years | Undetermined | |
| 2.185 | Sirius-Cisco Flex Plan | | 170 West Tasman Drive | | San Jose | CA | 95134 | | IT Contract - Telecom maintenance and licenses | Undetermined | |

In re: Zachry Holdings, Inc.
Case No. 24-90377
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.186 | Sirius-Cisco Load Balancer | | 10100 Reunion Place, Ste 500 | | San Antonio | TX | 78216 | | IT Contract - LDBAL - F5 Load Balancer Purch | Undetermined | |
| 2.187 | Sirius-Cisco Security | | 170 West Tasman Drive | | San Jose | CA | 95134 | | IT Contract - Cisco Security Suite EA Agreement-multi-year | Undetermined | |
| 2.188 | Sirius-Meraki | | 500 Terry A Francois Blvd | | San Francisco | CA | 94158 | | IT Contract - Cisco Mobile Device Management (Cloud) | Undetermined | |
| 2.189 | Sirius-Netscout | | 10100 Reunion Place, Ste 500 | | San Antonio | TX | 78216 | | IT Contract - NetScout-Hardware & Software for wireless troubleshooting | Undetermined | |
| 2.190 | Skill Survey, Inc | | 101 CRAWFORDS CORNER RD | STE 3-100 | HOLMDEL | NJ | 07733 | | Purchase Order 099990-605517 for Multi-Year Access to Application | Undetermined | |
| 2.191 | SKM Systems Analysis | | 1 Pearl Street | | Redondo Beach | CA | 90277 | | IT Contract - SKM Power Tools - Electrical Engineering Design | Undetermined | |
| 2.192 | Slack Technologies LLC | | 500 Howard Street | | San Francisco | CA | 94105 | | IT Contract - Slack Enterprise Plan Annual Lic | Undetermined | |
| 2.193 | Snyder Power (American Ckritical) | | 29774 Us Hwy 281 N Ste 145 | | Bulverde | TX | 78163-3107 | | IT Contract - Mitsubishi UPS Maintenance for Home Office/Nuclear | Undetermined | |
| 2.194 | SoftDraft LLC | | 9160 Highway 64 Ste 12-281 | | Lakeland | TN | 38002 | | IT Contract - Steel Plus support subscription | Undetermined | |
| 2.195 | Structure Point | | 5420 Old Orchard Rd | | Skokie | IL | 60077 | | IT Contract - Structure Point concrete design software suite for US & Manila | Undetermined | |
| 2.196 | Sumtotal Systems | | 1808 North Shoreline Blvd | | Mountain View | CA | 94043 | | IT Contract - HR Payroll Maintenance for CYBORG | Undetermined | |
| 2.197 | Tax Sharing Agreement Parties | | | | | | | | Tax Sharing Agreement | Undetermined | |
| 2.198 | The Standard | | 1100 SW 6th Avenue | | Portland | OR | 97204-1093 | | Employee Benefits: Basic & Voluntary Term Life, AD&D, Short-Term Disability and Long-Term Disability | Undetermined | |
| 2.199 | Thermoflow Inc | | 4601 Touchton Rd East Suite 3280 | | Jacksonville | FL | 32246 | | IT Contract - Thermoflex/PEACE Heat Balancing Software | Undetermined | |
| 2.200 | Toolhound | | 44 Riel Dr Unit #145 St Albert | | | AB | T8N 3Z8 | Canada | IT Contract - Tools, equipment and consumable inventory asset tracking system used by Tool Center (Facilities) | Undetermined | |
| 2.201 | Trane | | 3600 Pammel Creek Rd | | La Crosse | WI | 54601 | | IT Contract - Trace 700 HVAC Design and Analysis | Undetermined | |
| 2.202 | Tricerat Inc | | 1600 West 41St Street Suite 600 | | Baltimore | MD | 21211 | | IT Contract - Screwdriver SW used for large format remote printing from Turnip/terminal server | Undetermined | |
| 2.203 | Trimble Solutions | | 10368 Westmoor Drive | | Westminister | CO | 80021 | | IT Contract - Tedds Maintenance | Undetermined | |
| 2.204 | TSAAdvet Technologies | | 4722 Campbells Run Road | | Pittsburgh | PA | 15205 | | IT Contract - Falcon Doc Mgmt System | Undetermined | |
| 2.205 | Twilio | | 375 Beale Street, Suite 300 | | San Francisco | CA | 94105 | | IT Contract - SMS Texting system | Undetermined | |
| 2.206 | UI PATH | | One Vanderbilt Ave 60Th Floor | | New York | NY | 10017 | | IT Contract - KZJV Robotic Process Automation – Invoicing | Undetermined | |
| 2.207 | UKG - Kronos Inc | | PO Box 743208 | | Atlanta | GA | 30374-3208 | | IT Contract - Kronos - Time Capture - Gold Support | Undetermined | |
| 2.208 | Visix | | 6625 The Corners Pkwy Ste 100 | | Peachtree Corners | GA | 30092 | | IT Contract - AXIS TV - IT portion only | Undetermined | |
| 2.209 | Visual Lease LLC | | 100 Woodbridge Center Dr Suite 200 | | Woodbridge | NJ | 07095 | | IT Contract - New software for Lease Accounting | Undetermined | |
| 2.210 | Xerox Corporation | | One International Centre | 100 N.E. Loop 410, Suite 1200 | San Antonio | TX | 78216 | | Lease agreement 7185164 for various products from Xerox | Undetermined | |
| 2.211 | Xerox Corporation | | One International Centre | 100 N.E. Loop 410, Suite 1200 | San Antonio | TX | 78216 | | Lease agreement 72771000 for various products from Xerox | Undetermined | |
| 2.212 | Xerox Corporation | | One International Centre | 100 N.E. Loop 410, Suite 1200 | San Antonio | TX | 78216 | | Lease agreement for various products from Xerox | Undetermined | |
| 2.213 | yWorks | | 28 Tubingen | | | | 72070 | Germany | IT Contract - yFiles.Net Used in coding process for Proto-Flo | Undetermined | |
| 2.214 | Zachry Holdings, Inc. | | P.O. Box 240130 | | San Antonio | TX | 78224-0130 | | Employee Benefits: Employee Assistance Program | Undetermined | |

**In re: Zachry Holdings, Inc.**
**Case No. 24-90377**
Schedule H
Codebtors

| Name of codebtor | Address 1 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|
| Computer Simulation & Analysis, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| J.V. Industrial Companies, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| JVIC Fabrication, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Madison Industrial Services Team, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Moss Point Properties, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| UE Properties, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Constructors, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Engineering Corporation | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Enterprise Solutions, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry EPC Holdings, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry High Voltage Solutions, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Industrial Americas, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Industrial, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Maintenance Services, LLC | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Nuclear Construction, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Nuclear Engineering, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Nuclear, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| Zachry Plant Services Holdings, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| ZEC Michigan, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |
| ZEC New York, Inc. | P.O. Box 240130 | San Antonio | TX | 78224 | Bank of America | Y | N | N |