United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 22, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90377 |
| ZACHRY HOLDINGS, INC., *et al.*, | § § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## NOTICE

The Court previously announced that it would make a site visit to the Golden Pass project on July 24, 2024. In light of recent case developments, the July 24, 2024 site visit is canceled.

SIGNED 07/22/2024

_____
Marvin Isgur
United States Bankruptcy Judge