IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZACHRY HOLDINGS, INC., *et al.*[1] | ) | Case No. 24-90377 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' AGENDA OF MATTERS SET FOR HEARING
ON JULY 24, 2024 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this agenda of matters set for hearing on July 24, 2024 at 1:30 p.m. (prevailing Central Time):

I. **Evidence.**

    1.    Debtors' Witness and Exhibit List for Hearing Scheduled for July 26, 2024 at 1:30 p.m. (Prevailing Central Time) [Docket No. 596]

II. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information [Docket No. 585]

III. Debtors' Emergency Motion for Interim and Final Order (I) Approving the Settlement by and Among Debtors, Golden Pass LNG Terminal LLC, CB&I LLC, Chiyoda International Corporation, and CCZJV, (II) Authorizing the Parties to Perform Any and All Obligations Contemplated by the Settlement, (III) Scheduling a Final hearing, and (IV) Granting Related Relief [Docket Nos. 586 (SEALED), 587 (Redacted)]

    A.    Related Documents:

        1.    Declaration of Mohsin Y. Meghji in Support of Debtors' Emergency Motion for Interim and Final Order (I) Approving the Settlement by and Among Debtors, Golden Pass LNG Terminal LLC, CB&I LLC, Chiyoda International Corporation, and CCZJV, (II) Authorizing the Parties to Perform Any and All Obligations Contemplated by the Settlement, (III)

---

[1] The last four digits of Zachry Holdings, Inc.'s tax identification number are 6814. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at www.veritaglobal.net/zhi. The location of the Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

      Scheduling a Final hearing, and (IV) Granting Related Relief [Docket No. 589]

2.   Statement of the Statutory Unsecured Claimholders' Committee in Support of Debtors' Emergency Motion for Interim and Final Order (I) Approving the Settlement by and Among Debtors, Golden Pass LNG Terminal LLC, CB&I LLC, Chiyoda International Corporation, and CCZJV, (II) Authorizing the Parties to Perform Any and All Obligations Contemplated by the Settlement, (III) Scheduling a Final hearing, and (IV) Granting Related Relief [Docket No. 597]

Dated: July 23, 2024
Houston, Texas

/s/ *Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Bojan Guzina (admitted *pro hac vice*)
Andrew F. O'Neill (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: bojan.guzina@whitecase.com
      aoneill@whitecase.com
      rj.szuba@whitecase.com
      barrett.lingle@whitecase.com

*Counsel to the Debtors and*
*Debtors in Possession*

## **Certificate of Service**

      I certify that on July 23, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  /s/ *Charles R. Koster*  
                                                  Charles R. Koster