# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ZACHRY HOLDINGS, INC., *et al.*,[1] | Case No. 24-90377 (MI) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alejandro Guerra, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On July 23, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Facsimile upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Debtors' Agenda of Matters Set for Hearing on July 24, 2024 at 1:30 p.m. (Prevailing Central Time)** [Docket No. 601]

Dated: July 23, 2024

/s/ *Alejandro Guerra*
Alejandro Guerra
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The last four digits of Zachry Holdings, Inc.'s tax identification number are 6814. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at www.veritaglobal.net/zhi. The location of the Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to City of Sherman and Howe ISD (Grayson Taxing Entities) | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd and Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com; lboyd@abernathy-law.com |
| Counsel to Mobile Modular Management Corp. and McGrath RentCorp | Akerman LLP | David W. Parham and Michael D. Napoli | david.parham@akerman.com; michael.napoli@akerman.com |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 Creditor | Analytic Stress Relieving, Inc. | Bryan Willis | bryan.willis@analyticstress.com |
| Counsel to Wholesale Electric Supply Company of Houston, Inc. and USA Debusk, LLC | Andrews Myers P.C. | T. Josh Judd and Lisa M. Norman | jjudd@andrewsmyers.com; Lnorman@andrewsmyers.com |
| Counsel to Apache Industrial Services, Inc. | Apache Industrial Services, Inc. | Brooke L. Bentley | bbentley@apacheip.com |
| Arizona Attorney General - CSS | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top 30 Creditor | Baker Hughes Holdings | Kristin McLaurin | Kristin.mclaurin@bakerhughes.com |
| Committee of Unsecured Creditors | Bigge Crane and Rigging Co. | Bob Lally, CFO and Mark C. Russell, General Counsel | blally@bigge.com; mrussell@bigge.com |
| Top 30 Creditor | Bigge Crane and Rigging Co. | Thomas E Bostrom | tbostrom@bigge.com |
| Top 30 Creditor | Bo-Mac Contractors Ltd | Dan Brown | danbrown@bo-mac.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Gajeske, Inc. | Byman & Associates PLLC | Randy Williams | rww@bymanlaw.com |
| Counsel to Lasco Electrical Services, LLC | C. Daniel Roberts, P.C. | C. Daniel Roberts | droberts@cdrlaw.net |
| Top 30 Creditor | Cajun Industries LLC | Chris Normand | chrisn@cajunusa.com |
| Top 30 Creditor / Committee of Unsecured Creditors | Calcam Logistics & Contracting, LLC | Lennie Stephens | lennie@calcam.net |
| Counsel to Williams Scotsman, Inc. | Carrington, Coleman, Sloman & Blumenthal, L.L.P. | Mark A. Castillo and Robert C. Rowe | markcastillo@ccsb.com; rrowe@ccsb.com |
| Counsel to IWS Gas & Supply of Texas, Ltd. and Countless Supply LLC | Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. | Jarrod B. Martin and Tara T. LeDay | Jarrod.Martin@chamberlainlaw.com; tara.leday@chamberlainlaw.com |
| Counsel to Diamond Oil Field Supply, Inc. | Charles M. Rush, APLC | Charles M. Rush | cmrush@charlesmrushesq.com |
| Counsel to HF Sinclair Corporation, Flowserve US Inc., Maxim Crane Works, Inc., System One Holdings, LLC, and Hayden & Company | Clark Hill PLC | Robert P. Franke, Andrew G. Edson and Audrey L. Hornisher | bfranke@clarkhill.com; aedson@clarkhill.com; ahornisher@clarkhill.com |
| Counsel to Creditor Rush, LLC | Cokinos | Young | Craig E. Power, Reagan H. "Tres" Gibbs, III and Emma P. Myles | cpower@cokinoslaw.com; tgibbs@cokinoslaw.com; emyles@cokinoslaw.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Top 30 Creditor | Commonwealth Electric Company of the Midwest | Scott Lamoreux, Billy Friesen, Troy Deats and Neil Davidson | slamoreux@commonwealthelectric.com; BFriesen@commonwealthelectric.com; tdeats@commonwealthelectric.com; ndavidson@commonwealthelectric.com |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel to Party-In-Interest, Glesby Marks, Ltd and Victory Air & Equipment, LLC | Crady Jewett McCulley & Houren LLP | Shelley Bush Marmon and Megan T. Rose | smarmon@cjmhlaw.com; mrose@cjmhlaw.com |
| Top 30 Creditor | D Reynolds Company, LLC | Scott George | sageorge@reynco.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Counsel to Turner Industries Group, L.L.C. | Donohue Patrick & Scott, PLLC | Kirk A. Patrick III | kpatrick@dps-law.com |
| Counsel to Creditor Corrpro Companies, Inc. and Kennedy Wire Rope & Sling Company, Inc. | Doré Rothberg Law, P.C. | Laura Crabtree and Connor J. Smith | LCrabtree@dorelaw.com; CSmith@dorelaw.com |
| Counsel to Raba Kistner, Inc. and PPI Quality & Engineering, LLC | Duane Morris LLP | James H. Billingsley | JBillingsley@duanemorris.com |
| Counsel to Valero Refining-Meraux LLC | Dykema Gossett, PLLC | Deborah D. Williamson | Dwilliamson@dykema.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Valero Refining-Meraux LLC | Dykema Gossett, PLLC | Nicholas Zugaro | Nzugaro@dykema.com |
| Top 30 Creditor | Ferguson Enterprises, Inc. | Chris Fadden | chris.fadden@ferguson.com |
| Counsel to Creditor Texas Reexcavation, LC | Filippov Law Group, PLLC | Jamie S. Sparacino and Victoria Filippov Nemeth | jamie@filippovlaw.com; victoria@filippovlaw.com |
| Counsel to Brown & Root Industrial Services, LLC | Fishman Haygood, L.L.P. | William H. Patrick, III and Joseph A. Caneco | wpatrick@fishmanhaygood.com; jcaneco@fishmanhaygood.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to the Reynolds Company | Forshey & Prostok, LLP | J. Robert Forshey, Suzanne K. Rosen and Emily S. Chou | bforshey@forsheyprostok.com; srosen@forsheyprostok.com; echou@forsheyprostok.com |
| Counsel to Omaha Public Power District ("OPPD") | Fraser Stryker PC LLO | Stephen M. Bruckner and Steven R. Hogan II | sbruckner@fraserstryker.com; shogan@fraserstryker.com |
| Counsel to Premier Trailers, LLC | Frost Brown Todd LLP | Mark A. Platt | mplatt@fbtlaw.com |
| Counsel to Tecon Services, Inc. | Galloway, Johnson, Tompkins, Burr & Smith, A PLC | Branch M. Sheppard and Annarose M. Harding | bsheppard@gallowaylawfirm.com; aharding@gallowaylawfirm.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to Metal Depot Orange, LLC, James J. Flanagan Shipping Corp., Sabine River Authority of Texas,  Martin Creek Holdings, LLC, Port of Beaumont and G&G Enterprises Construction Corp. | Germer PLLC | Christopher D. Leavins, Gary W. Coker and Charles W. Goehringer, Jr. | cleavins@germer.com; bankruptcy@germer.com; cwgoehringer@germer.com; gcoker@germer.com |
| Counsel to Bernhard Capital Partners Management, LP | Gibson, Dunn & Crutcher LLP | Michael A. Rosenthal | MRosenthal@gibsondunn.com |
| Counsel to Bernhard Capital Partners Management, LP | Gibson, Dunn & Crutcher LLP | Suzanne E. Span | sspan@gibsondunn.com |
| Counsel to United Site Services, Inc. | Gordon, Arata, Montgomery, Barnett Mccollam, Duplantis & Eagan, LLC | Armistead M. Long | along@gamb.com |
| Counsel to the Statutory Unsecured Claimholders' Committee of Zachry Holdings, Inc., et al. | Gray Reed | Jason S. Brookner | jbrookner@grayreed.com |
| Counsel to W. Joe Shaw, Ltd. d/b/a goSafe | Greer, Herz & Adams, LLP | Andrew J. Mytelka, Tara B. Annweiler and Marc D. Young | amytelka@greerherz.com; tannweiler@greerherz.com; myoung@greerherz.com |
| Top 30 Creditor | Gulfspan Industrial, LLC | Luis Gallardo | lgallardo@gulfspan.net; hcupero@gulfspan.net |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District and Harris County Department of Education | Harris County Attorney's Office | Susan Fuertes, Assistant County Attorney | taxbankruptcy.cao@harriscountytx.gov |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Counsel to Chiyoda International Corporation | Haynes and Boone, LLP | Charles A. Beckham, Jr., Kelli S. Norfleet and Imaan Patel | charles.beckham@haynesboone.com; kelli.norfleet@haynesboone.com; imaan.patel@haynesboone.com |
| Counsel to Chiyoda International Corporation | Haynes and Boone, LLP | Charles M. Jones II and Martha Wyrick | charlie.jones@haynesboone.com; martha.wyrick@haynesboone.com |
| Top 30 Creditor | Hotard Coaches, Inc. | Callen Hotard | callen@hotard.com |
| Counsel to WaterFleet, LLC | Howley Law PLLC | Tom A. Howley and Eric Terry | tom@howley-law.com; eric@howley-law.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Top 30 Creditor / Committee of Unsecured Creditors | Innovative Heat Treatment Solutions | Juan Solitaire and Julie Dimas, CFO | j.solitaire@ihtsinc.com; j.dimas@ihtsinc.com |
| Top 30 Creditor | Insulations, Inc. | Debbie Koper | dkoper@insulationsinc.com |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Top 30 Creditor | ISC Constructors, LLC | Mario Rispone | mrispone@iscgrp.com |
| Counsel to Creditors Dashiell Corporation and Ferguson Enterprises, Inc | J D Herberger & Associates, PC | Sean M. Rooney and Jacob D. Herberger | sean@herbergerlaw.com; jacob@herbergerlaw.com |
| Top 30 Creditor | JT Thorpe & Son Inc | Clifton Mosteller | clifton.mosteller@jtthorpe.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to PK Industrial LLC and PK Technology | Kean Miller LLP | Lloyd A. Lim, Rachel Thompson Kubanda, Broocks 'Mack' Wilson and Michelle V. Friery | Lloyd.Lim@keanmiller.com; Rachel.Kubanda@keanmiller.com; Mack.Wilson@keanmiller.com; Michelle.Friery@keanmiller.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to CB&I LLC | Kirkland & Ellis LLP | Kirkland & Ellis International LLP | john.luze@kirkland.com; jeff.michalik@kirkland.com |
| Counsel to CB&I LLC | Kirkland & Ellis LLP | Kirkland & Ellis International LLP | joshua.sussberg@kirkland.com; christopher.greco@kirkland.com |
| Counsel to Graco Mechanical, Inc. | Lamm & Smith, P.C. | Scott T. Citek | scitek@lammsmith.com |
| Counsel to Venture Global Plaquemines LNG, LLC | Latham & Watkins LLP | Adam J. Goldberg | adam.goldberg@lw.com |
| Counsel to Venture Global Plaquemines LNG, LLC | Latham & Watkins LLP | Caroline A. Reckler | caroline.reckler@lw.com |
| Counsel to Venture Global Plaquemines LNG, LLC | Latham & Watkins LLP | Markus von der Marwitz | markus.vondermarwitz@lw.com |
| Counsel to the the Reynolds Company | Law Office of D. Park Smith | David Park Smith | park@dparksmithlaw.com |
| Counsel to Kleberg County, Victoria County and Nueces County | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Eagle Pass ISD and Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Katy ISD, Deer Park ISD, Fort Bend County, Orange County, City of Pasadena, Harris Co ESD # 60, City of Houston, Houston Comm Coll System, Harris Co ESD # 48, Lone Star College System, Houston ISD, Jefferson County, Harris Co ESD # 09 And Matagorda County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Top 30 Creditor | Mammoet USA, Inc. | Tomas Villarino | tomas.villarino@mammoet.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to the County of Brazos, Texas and the County of Medina, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Counsel to Creditor Texas Capital Bank | McDermott Will & Emery LLP | Marcus Helt | mhelt@mwe.com |
| Counsel to Bank of America, N.A. | McGuirewoods LLP | Demetra Liggins and Andrew C. Papa | dliggins@mcguirewoods.com; apapa@mcguirewoods.com |
| Counsel to the Prepetition Agent | McGuireWoods LLP | Demetra Liggins, Andrew R. Parrish and Kent W. Walker Jr. | DLiggins@mcguirewoods.com; AParrish@mcguirewoods.com; kentwalker@mcguirewoods.com |
| Counsel to Bank of America, N.A. | McGuirewoods LLP | Shawn R. Fox | sfox@mcguirewoods.com |
| Counsel to Creditor Volunteer Metal Systems, LLC | Meyers, Roman, Friedberg & Lewis LPA | David M. Neumann | dneumann@meyersroman.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Top 30 Creditor | MMR Constructors, Inc. | John Cloutre | jcloutre@mmrgrp.com |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to Amarillo National Bank | Mullin Hoard & Brown, LLP | Brad W. Odell | bodell@mhba.com |
| Counsel to Houston NFL Holdings, L.P. d/b/a Houston Texans | Munsch Hardt Kopf & Harr, P.C. | John D. Cornwell and Alexander R. Perez | jcornwell@munsch.com; arperez@munsch.com |
| Counsel to Frost Bank | Murray Lobb, PLLC | Kyle L. Dickson | kdickson@murray-lobb.com |
| Counsel to National Labor Relations Board, Region 15 | National Labor Relations Board, Region 15 | M. Kathleen McKinney, Regional Director and Charles L. Rauton | charles.rauton@nlrb.gov |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Marquis Construction Services, LLC | Nelson Mullins Riley & Scarborough, LLP | Michael R. Rahmn | mike.rahmn@nelsonmullins.com |
| Counsel to Marquis Construction Services, LLC | Nelson Mullins Riley & Scarborough, LLP | Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Top 30 Creditor | NES Companies LP. | Craig Paterson | craig.paterson@nesfircroft.com |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Counsel to Golden Pass LNG Terminal LLC | Norton Rose Fulbright US LLP | Jason L. Boland, Robert B. Bruner and Maria B. Mokrzycka | jason.boland@nortonrosefulbright.com; bob.bruner@nortonrosefulbright.com; maria.mokrzycka@nortonrosefulbright.com |
| Counsel to Golden Pass LNG Terminal LLC | O'Melveny & Myers LLP | John V. Anaipakos | janaipakos@omm.com |
| Counsel to Golden Pass LNG Terminal LLC | O'Melveny & Myers LLP | Louis R. Strubeck Jr. and Nick Hendrix | lstrubeckjr@omm.com; nhendrix@omm.com |
| Counsel to Charge For 4 Horn Industrial and Cy-Fair Tire | Offerman & King, L.L.P. | James W. King | jwk@offermanking.com |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Counsel to Acuren Inspection, Inc. | Okin Adams Bartlett Curry LLP | Kelley Killorin Edwards and David L. Curry, Jr. | kedwards@okinadams.com; dcurry@okinadams.com |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Counsel to W. Joe Shaw, Ltd. | Oppel & Goldberg, PLLC | Jeffrey Wells Oppel | fedfilings-jwo@ogs-law.com; joppel@ogs-law.com |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Top 30 Creditor / Committee of Unsecured Creditors | P&I Supply Co. | Bruce Stallings | bstallings@pisupply.com |
| Counsel to J2 Resources, LLC | Patel Gaines, PLLC | Lance H. "Luke" Beshara | lbeshara@patelgaines.com |
| Counsel to Sunbelt Rentals, Inc. and Sunbelt Rentals Scaffold Services LLC | Paul Hastings LLP | Jayme Goldstein, Daniel Fliman and Gabriel Sasson | jaymegoldstein@paulhastings.com; danfliman@paulhastings.com; gabesasson@paulhastings.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Pasadena Independent School District, Alief Independent School District, Channelview Independent School District, City of Houston, and Harris County Municipal Utility District #285 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel to MMR Constructors, Inc. | Phelps Dunbar LLP | Brian A. Kilmer | brian.kilmer@phelps.com |
| Counsel to Cajun Industries, LLC | Phelps Dunbar LLP | Rick M. Shelby | rick.shelby@phelps.com |
| Top 30 Creditor | PK Industrial, LLC | Landon Riggs | lriggs@pksti.com |
| Top 30 Creditor | Port Arthur Technical Services | Reynald Reyes | reynald.reyes@pa-ts.com |
| Counsel to ExxonMobil Corporation and Burns & McDonnell Engineering Company, Inc. | Porter Hedges LLP | Aaron J. Power, John F. Higgins, Eric M. English and Megan Young-John | apower@porterhedges.com; jhiggins@porterhedges.com; eenglish@porterhedges.com; myoung-john@porterhedges.com |
| Counsel to the Statutory Unsecured Claimholders' Committee of Zachry Holdings, Inc., et al. | Proskauer Rose LLP | Paul V. Possinger | ppossinger@proskauer.com |
| Counsel to the Statutory Unsecured Claimholders' Committee of Zachry Holdings, Inc., et al. | Proskauer Rose LLP | Vincent Indelicato, Ehud Barak, Timothy Q. Karcher and Daniel Desatnik | vindelicato@proskauer.com; ebarak@proskauer.com; tkarcher@proskauer.com; ddesatnik@proskauer.com |
| Counsel to P&I Supply Company | Quinn Emanuel Urquhart & Sullivan, LLP | Patricia B. Tomasco | pattytomasco@quinnemanuel.com |
| Top 30 Creditor | Redwine Enterprises Inc | Pat Redwine | tredwinde@gt.rr.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel to WaterFleet, LLC | Rosenblatt Law Firm | Elena P. Serna | elena@rosenblattlawfirm.com |

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor / Committee of Unsecured Creditors | Rush, LLC a/k/a Rush Resources, LLC | John Rush Jr. | jrush@rushllc.com |
| Top 30 Creditor | Saber Power Services, LLC | Jared Penney | jpenney@saberpower.com |
| Counsel to Element Fleet Corporation f/k/a Gelco Corporation | Saul Ewing LLP | John D. Demmy and Paige N. Topper | john.demmy@saul.com; paige.topper@saul.com |
| Counsel to F.E. Moran, Inc. Special Hazard Systems | Saul Ewing LLP | Jorge Garcia | jorge.garcia@saul.com |
| Counsel to F.E. Moran, Inc. Special Hazard Systems | Saul Ewing LLP | Michelle G. Novick | michelle.novick@saul.com |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to Spitzer Industries, Inc. | Spence Desenberg & Lee, PLLC | Ross Spence and Justin Safady | ross@sdllaw.com; justin@sdllaw.com |
| Counsel to Shermco Industries, Inc. | Spencer Fane LLP | Jason P. Kathman | jkathman@spencerfane.com |
| Counsel to Shermco Industries, Inc. | Spencer Fane LLP | Misty A. Segura | msegura@spencerfane.com |
| Counsel to DNOW L.P. | Stacy & Baker, P.C. | Brian A. Baker | brian.baker@stacybakerlaw.com |
| Counsel to Creditor, Nxgen Group Equipment Rentals USA, Inc. | Sullins Johnston Rohrbach & Magers | Monica Schulz Orlando | morlando@sjrm.com |
| Top 30 Creditor | Sun Coast Resources LLC | Brian Robinson | legal@suncoastresources.com |
| Top 30 Creditor | Sunbelt Rentals, Inc. | Maria Blue Minsker and Lynne Fuller Andrews | Maria.Minsker@sunbeltrentals.com; lynne.fuller-andrews@sunbeltrentals.com |
| Committee of Unsecured Creditors | Sunbelt Rentals, Inc. and its wholly owned subsidiary, Sunbelt Rentals Scaffold Services LLC | Rod Samples, CFO | Rod.samples@sunbeltrentals.com |
| Top 30 Creditor | System One Holdings, LLC | Carla Snell | carla.snell@systemone.com |
| Top 30 Creditor | Tecon Services, Inc. | Cynthia Jaime | cjaime@teconservices.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Texas Comptroller of Public Accounts and Texas Workforce Commission | Texas Attorney General's Office | Jamie Kirk, Assistant Attorney General | jamie.kirk@oag.texas.gov |
| Committee of Unsecured Creditors | The Reynolds Company | LaVonda Harrison, Director of Credit | lharrison@reynco.com |
| Top 30 Creditor | Thompson Construction Group, Inc. | Hal Turner | hturner@thompsonturner.com |
| Top 30 Creditor | Tradesmen International, LLC | Dan Bennet | daniel.bennet@tradesmeninternational.com |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | usatxs.atty@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Jana Smith Whitworth and Andrew Jimenez | jana.whitworth@usdoj.gov; andrew.jimenez@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel to USADEBUSK LLC | Wells & Cuellar, P.C. | Jeffrey D. Stewart | jstewart@wellscuellar.com |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Curtiss-Wright Flow Control Company, Farris Engineering Division | Whiteford, Taylor & Preston LLP | Stephen B Gerald | sgerald@whitefordlaw.com |
| Counsel to KBR, Inc. and Kellogg Brown & Root LLC | Wilmer Cutler Pickering Hale and Dorr LLP | Philip D. Anker and Austin M. Chavez | austin.chavez@wilmerhale.com; philip.anker@wilmerhale.com |
| Counsel to Powell Electrical Systems, Inc. | Winstead PC | Sean B. Davis | sbdavis@winstead.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | ag.webmaster@wyo.gov |

# Exhibit B

**Exhibit B**
**Master Service List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 602-542-4085 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 785-296-6296 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 505-490-4883 |

# Exhibit C

**Exhibit C**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | Topeka | KS | 66612-1597 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | Boston | MA | 02108-1518 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | Olympia | WA | 98504-0100 |

In re Zachry Holdings, Inc., et al.
Case No. 24-90377(MI)

Page 1 of 1