# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In re:	Case No. 24-90377 (MI)

Zachry Holdings, Inc., et al.	Chapter 11

	(Jointly Administered)

Debtors

## RESPONSE TO DEBTOR'S TWELFTH OMNIBBUS CLAIMS OBJECTIONS

NOW COMES Melissa M. Macejko, the Chapter 7 Trustee for the bankruptcy estate of Davey Kent, Inc. ("Davey Kent"), Case No. 21-51022, U.S. Bankruptcy Court for the Northern District of Ohio and for her response to the Debtor's Twelfth Omnibus Claims Objections (Docket No. 1402) states as follow: on the schedules of liabilities, the Debtor listed an undisputed, noncontingent unsecured claim owed to Davey Kent in the amount of $6,167.61 (see attached). Proof of claim #1656 was timely filed on behalf of Davey Kent in the undisputed amount. Bankruptcy Rule 3001(f) provides that a proof of claim shall constitute prima facie evidence of the validity and amount of a claim. Thus, when a proof of claim is filed, the objecting party must come forward with evidence that rebuts the presumptive validity and amount of the claim. The Debtor has not produced any evidence to overcome this presumption.

WHEREFORE, Melissa M. Macejko, the Chapter 7 Trustee for the bankruptcy estate of Davey Kent respectfully requests the entry of an Order overruling the Objection and allowing the unsecured claim of Davey Kent in the amount of $6,167.71.

Respectfully submitted,

Melissa M. Macejko, Chapter 7 Trustee for the
bankruptcy estate of Davey Kent, Inc.
P.O. Box 266
Cuyahoga Falls, OH 44222
Tel (330) 744-9007 ext. 6
Email akrontr@suharlaw.com

In re: Zachry Industrial, Inc.
Case No. 24-90365
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | C | U | D | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.721 | D REYNOLDS COMPANY LP | | P O BOX 896689 | | CHARLOTTE | NC | 28289-6689 | | Undetermined | Trade Payables | N | N | N | N | 17,264,263.44 |
| 3.722 | D&C INSPECTION SERVICES LLC | | 1265 BUTLER RD | | LEAGUE CITY | TX | 77573 | | Undetermined | Trade Payables | N | N | N | N | 9,600.38 |
| 3.723 | D&G ENTERPRISES INC | | PO BOX 564 | | HELOTES | TX | 76023 | | Undetermined | Trade Payables | N | N | N | N | 408.00 |
| 3.724 | D&S TRUCK REPAIR | | 2700 AVE H | | ROSENBERG | TX | 77471 | | Undetermined | Trade Payables | N | N | N | N | 1.96 |
| 3.725 | D&S WRECKING | | 2626 CAMP JACKSON ROAD | | CAHOKIA | IL | 62206 | | Undetermined | Trade Payables | N | N | N | N | 52.49 |
| 3.726 | D.R. MYERS DISTRIBUTING COMPAN | DRIVERS LICENSE GUIDE COMPANY | 1492 ODDSTAD DRIVE | | REDWOOD CITY | CA | 94063 | | Undetermined | Trade Payables | N | N | N | N | 1,542.00 |
| 3.727 | DAIOHS USA INC | | 5701 CRAWFORD ST SUITE A | | HARAHAN | LA | 70123 | | Undetermined | Trade Payables | N | N | N | N | 323.66 |
| 3.728 | DALE CAMPBELL | | Address on File | | | | | | Undetermined | Trade Payables | N | N | N | N | 199.82 |
| 3.729 | DALES TRASH SERVICE INC | | PO BOX 116 | | BENNINGTON | NE | 68007 | | Undetermined | Trade Payables | N | N | N | N | 72,114.54 |
| 3.730 | DALLAS AND MAVIS SPECIALIZED | | PO BOX 405828 | | ATLANTA | GA | 30384-5828 | | Undetermined | Trade Payables | N | N | N | N | 8,381.83 |
| 3.731 | DALLAS BEACHAM | | Address on File | | | | | | Undetermined | Trade Payables | N | N | N | N | 150.00 |
| 3.732 | DALLAS FORT WORTH INDUSTRIAL | | 1915 PETERS ROAD #205 | | IRVING | TX | 75061 | | Undetermined | Trade Payables | N | N | N | N | 1,957.95 |
| 3.733 | DALLAS LITE & BARRICADE | | PO BOX 223724 | | DALLAS | TX | 75222 | | Undetermined | Trade Payables | N | N | N | N | 3,175.00 |
| 3.734 | DALLAS PETERBILT INC | | PO BOX 560228 | | DALLAS | TX | 75356-0228 | | Undetermined | Trade Payables | N | N | N | N | 208.85 |
| 3.735 | DALLAS POLICE DEPARMENT | | 1600 S LAMAR | | DALLAS | TX | 75215 | | Undetermined | Trade Payables | N | N | N | N | 572.26 |
| 3.736 | DANANN LTD | | PO BOX 41027 | | HOUSTON | TX | 77241-0000 | | Undetermined | Trade Payables | N | N | N | N | 10,207.79 |
| 3.737 | DANIEL FLOW PRODUCTS INC | | BOX 200748 | | HOUSTON | TX | 77216-0748 | | Undetermined | Trade Payables | N | N | N | N | 71,786.83 |
| 3.738 | DANIEL INDUSTRIES INC | | PO BOX 55891 | | HOUSTON | TX | 77255 | | Undetermined | Trade Payables | N | N | N | N | 7,190.00 |
| 3.739 | DANIELLS PORTABLE TOILET | | PO BOX 1483 | | BULLHEAD CITY | AZ | 86430 | | Undetermined | Trade Payables | N | N | N | N | 1,580.00 |
| 3.740 | DANKA INDUSTRIES | | PO BOX 21487 | | TAMPA | FL | 33622-1487 | | Undetermined | Trade Payables | N | N | N | N | 276.05 |
| 3.741 | DANKA INDUSTRIES INC | | PO BOX 1471 | | FORT WORTH | TX | 76101-1471 | | Undetermined | Trade Payables | N | N | N | N | 3,329.75 |
| 3.742 | DANTACK CORPORATION | | PO BOX 5483 | | ARLINGTON | TX | 76005-5483 | | Undetermined | Trade Payables | N | N | N | N | 1,570.39 |
| 3.743 | DARR EQUIPMENT COMPANY | | PO BOX 970455 | | DALLAS | TX | 75397-0455 | | Undetermined | Trade Payables | N | N | N | N | 28,857.41 |
| 3.744 | DARR RENTAL CO | | PO BOX 971589 | | DALLAS | TX | 75397-1589 | | Undetermined | Trade Payables | N | N | N | N | 1,225.00 |
| 3.745 | DARRYL SMITH | | Address on File | | | | | | Undetermined | Trade Payables | N | N | N | N | 29.93 |
| 3.746 | DASHIELL CORPORATION | | PO BOX 840946 | | DALLAS | TX | 75284-0946 | | Undetermined | Trade Payables | N | N | N | N | 361,712.37 |
| 3.747 | DATA OPTICS SUPPLY | | 250 E RAMSEY | | SAN ANTONIO | TX | 78216 | | Undetermined | Trade Payables | N | N | N | N | 53.45 |
| 3.748 | DATA POWER TECHNOLOGY LLC | | 6565 S 118TH STREET | | OMAHA | NE | 68137 | | Undetermined | Trade Payables | N | N | N | N | 1,302.00 |
| 3.749 | DAVEY KENT ACCEPTANCE CORP | | PO BOX 400 | | KENT | OH | 44240-0007 | | Undetermined | Trade Payables | N | N | N | N | 6,167.61 |
| 3.750 | DAVID C CLAYBAR | | Address on File | | | | | | Undetermined | Trade Payables | N | N | N | N | 1,759.65 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response was served on the __2nd__ day of December, 2024 via first class U.S. mail, postage fully pre-paid to:

Charles R. Koster, Esq.
WHITE & CASE LLP
609 Main St., Suite 2900
Houston, TX 77002

Melissa M. Macejko, Chapter 7 Trustee for the bankruptcy estate of Davey Kent, Inc.