# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, February 13, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Bob | Bruner | Norton Rose Fulbright US LLP | Golden Pass |
| John | Deis | Hicks Thomas LLP | Special Litigation Counsel to Debtor Zachry |
| Daniel | Desatnik | Proskauer | Counsel to the Statutory Unsecured Claimholders' |
| Michael | Firestein | Proskauer | Counsel to the Statutory Unsecured Claimholders' |
| Bobby | Forshey | Vartedabetian Hester & | Reynolds Company |
| Bojan | Guzina | White & Case LLP | Zachry Holdings, Inc., et al. |
| Fan | He | White & Case LLP | Zachry Holdings, Inc., et al. |
| Josh | Judd | Andrews Myers, P.C. | Nooter/Eriksen, Inc., Pro-Surve Technical Services, |
| Demetra | Liggins | McGuireWoods | Bank of America, N.A. |
| Russel | Wade | McGuireWoods LLP | Bank of America, N.A. |